**STORZER & ASSOCIATES, P.C.**
Eric W. Treene (2568343)
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202-857-9766
Fax: 202-315-3996
*Counsel for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOST LAKE HOLDINGS LLC et al.<br><br>Plaintiffs,<br><br>vs<br><br>TOWN OF FORESTBURGH, et al.<br><br>Defendants. | Civ. Action No. 7:22-cv-10656<br><br>**ORDER** |

The motion of Roman P. Storzer, as attorney for Plaintiffs, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Maryland and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Roman P. Storzer, Esq. |
| Firm Name: | Storzer & Associates P.C. |
| Address: | 1025 Connecticut Avenue, NW, Suite 1000 |
| City/State/Zip: | Washington, D.C. 20036 |
| Phone Number: | (202) 857-9766 |
| Fax Number: | (202) 857-9799 |
| Email: | Storzer@storzerlaw.com |

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 12/27/22

_____
United States District/~~Magistrate~~ Judge