UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LOST LAKE HOLDINGS LLC, a domestic Limited liability company, and MISHCONOS MAZAH LLC, a domestic limited liability company,

Plaintiffs,

- against -

THE TOWN OF FORESTBURGH; THE FORESTBURGH TOWN BOARD; FORESTBURGH ZONING BOARD OF APPEALS; DANILE S. HOGUE, JR., in his official capacity as Town Supervisor of the Town of Forestburgh; RICHARD ROBBINS, in his official capacity as Chairperson of the Planning Board of the Town of Forestburgh; GLENN A. GABBARD, in his official capacity as Building Inspector of the Town of Forestburgh; and DENNIS KETCHAM, in his capacity as Town Assessor of the Town of Forestburgh,

Defendants.
---------------------------------------------------------X

22-CV-10656 (VB)(JCM)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Valentina Lumaj, of Silverman & Associates, hereby appears as counsel for the Defendants, THE TOWN OF FORESTBURGH; THE FORESTBURGH TOWN BOARD; FORESTBURGH ZONING BOARD OF APPEALS; DANILE S. HOGUE, JR., RICHARD ROBBINS, GLENN A. GABBARD, and DENNIS KETCHAM, and that a copy of all notices, pleadings and other papers herein are to be served upon the undersigned.

Dated: White Plains, New York
      January 20, 2023

                                                Respectfully submitted,

                                        **SILVERMAN & ASSOCIATES**

                                  BY: _____
                                      Valentina Lumaj
                                      Attorneys for Defendants
                                      445 Hamilton Avenue, Suite 1102
                                      White Plains, NY 10601
                                      (914) 574-4510

TO:    **Via ECF**
        *All Counsel of Record*