UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOST LAKE HOLDINGS LLC, a domestic
Limited liability company, and
MISHCONOS MAZAH LLC, a domestic                              22-CV-10656 (VB)(JCM)
limited liability company,

                     Plaintiffs,                **NOTICE OF MOTION**

     - against -

THE TOWN OF FORESTBURGH; THE
FORESTBURGH TOWN BOARD;
FORESTBURGH ZONING BOARD OF
APPEALS; DANILE S. HOGUE, JR., in his
official capacity as Town Supervisor of the Town
of Forestburgh; RICHARD ROBBINS, in his
official capacity as Chairperson of the Planning
Board of the Town of Forestburgh; GLENN A.
GABBARD, in his official capacity as Building
Inspector of the Town of Forestburgh; and
DENNIS KETCHAM, in his capacity as Town
Assessor of the Town of Forestburgh,

                     Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, by their attorneys, SILVERMAN & ASSOCIATES, Defendants THE TOWN OF FORESTBURGH; THE FORESTBURGH TOWN BOARD; FORESTBURGH ZONING BOARD OF APPEALS; DANILE S. HOGUE, JR., RICHARD ROBBINS, GLENN A. GABBARD, and DENNIS KETCHAM, will move this Court before the Honorable Vincent L. Briccetti, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time set by the Court, for an Order to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: White Plains, New York
      March 9, 2023

                                  Respectfully submitted,

                            **SILVERMAN & ASSOCIATES**

                        BY: _/s/ Gerald S. Smith_
                             Gerald S. Smith
                             Attorneys for Defendants
                             445 Hamilton Avenue, Suite 1102
                             White Plains, NY 10601
                             (914) 574-4510

TO:    **Via ECF**
        *All Counsel of Record*