# Exhibit A

```
                                                      1
 1

 2    -----------------------------------------X

 3    ZONING BOARD OF APPEALS
      EVIDENTIARY HEARING
 4
      -----------------------------------------X
 5

 6

 7                         June 23, 2022

 8

 9

10    ** TRANSCRIPTION OF VIDEOTAPED PROCEEDINGS **

11
      BEFORE:
12
          Zoning Board Members:
13
          David Griffin
14        Jim Steinberg
          Carl Amaditz, Chair
15        Hilda Lehr
          Ed Pajak
16

17

18

19

20

21
      Transcribed by
22    Michelle Lemberger

23

24

25
```

2

```
 1

 2   A P P E A R A N C E S:

 3
     Javid Afzali, Esq.
 4   Harris Beach
     ZBA Special Counsel
 5

 6

 7   Meaghan Feenan, Esq.
     Harris Beach
 8   Building Department Special Counsel

 9

10
     Steven Barshov, Esq.
11   Sive Paget & Riesel
     Counsel for the Appellant
12

13
     ALSO PRESENT:
14
         Dan Hogue - Town supervisor.
15       Steve Budofsky - Deputy Town Supervisor,
         Town board member
16       Katherine Barnhart - Planning Board member

17       Joanne Nagoda - Town Clerk

18

19

20

21

22

23

24

25
```

7

```
 1                   Proceedings
 2       understand, had left this parking
 3       lot.  That included some members of
 4       the audience that are here.
 5            We were tailed for probably at
 6       least 10 to 15 miles.  They pulled
 7       into a place, I pulled in for gas,
 8       they stopped, I'm not sure if it was
 9       an effort to intimidate me or my
10       colleagues, I'm not sure what it was,
11       but it should be on the record that
12       that's what happened.
13            MR. AMADITZ:  Would there be
14       anyone that you would recognize from
15       this room?
16            MR. AFZALI:  The vehicles were
17       here yesterday during the meeting and
18       they're here today, yes.
19            MR. AMADITZ:  So let's move on
20       to your objection, sir.
21            MR. BARSHOV:  So respond.
22            MR. AMADITZ:  Your objection is
23       denied.
24            MR. BARSHOV:  I understand.
25       But I would like to respond for the
```

                                              31
 1                     Cross-Gabbard

 2      Q.  So what are the others, Mr. Gabbard?

 3             MS. FEENAN:  I renew my

 4        objection which I believe was

 5        sustained.

 6             MR. AMADITZ:  You're asking for

 7        a legal conclusion, as a response to

 8        her objection.

 9             MR. BARSHOV:  I just want to

10        get the witness' understanding.  He

11        said it was some.  I want to know

12        what he meant.  He didn't answer.

13             MR. AMADITZ:  Do you have an

14        answer, any further answer to that,

15        Mr. Gabbard?

16             THE WITNESS:  No, some

17        developments have moderately, low

18        end, you know, mixed housing.

19   BY MR. BARSHOV:

20      Q.  You're referring to government

21    programs, right?

22      A.  No, they could be privately funded.

23      Q.  Okay.  So there can be developments

24    that are -- have mixtures of housing, right?

25      A.  In certain areas it is actually

33

```
 1                        Cross-Gabbard

 2   project approvals that prevents a rabbi from

 3   wanting to do right by his community, is

 4   there, Mr. Gabbard?

 5        A.   There's not.

 6        Q.   Now, I want to be sure that we're on

 7   the same page given what occurred yesterday.

 8             There have been no applications

 9   filed with the Town, have there, Mr. Gabbard,

10   to amend, change, modify, or in any way tweak

11   any of the project amendments that are to be

12   built on this project, have there?

13             MS. FEENAN:  Objection.  Asked

14        and answered yesterday.

15             MR. BARSHOV:  It was asked and

16        objected to yesterday.

17             MS. FEENAN:  I would say that

18        ruling stands.

19             MR. BARSHOV:  I would like an

20        answer to that question.

21             MR. AMADITZ:  I'm going to

22        sustain the objection.  It was asked

23        and answered yesterday.

24             MR. BARSHOV:  Okay.  And the

25        board is clear on Mr. Gabbard's
```

68

```
 1                   Cross-Gabbard
 2       words.
 3            MS. FEENAN:  I am reading the
 4       words.
 5            MR. BARSHOV:  Okay.  So then
 6       you --
 7            MS. FEENAN:  My objection
 8       stands.
 9            MR. BARSHOV:  Okay,
10       Mr. Chairman?
11            MS. FEENAN:  The affidavit is
12       clear.  He's seeking assistance with
13       the review of the application.  I
14       don't think we need to go any further
15       into those conversations had with
16       counsel.
17            MR. AMADITZ:  I would agree
18       with that.  I'm going to sustain that
19       objection.
20            MR. BARSHOV:  I'm still batting
21       one.  You know that?
22            MR. AMADITZ:  You are batting
23       zero.
24            MR. BARSHOV:  No, no.  You know
25       the only time, actually, Mr. Chairman
```

70
1                    Cross-Gabbard

2       A.   The letter you're speaking to?

3       Q.   The letter that was generated on

4   October 7th that you referred to in paragraph

5   25.

6       A.   I sought assistance from counsel at

7   that time.  He helped me with some of the

8   language, I believe, you know.  I did not

9   take everything that was suggested, and I

10  wrote my letter, basically.

11      Q.   So there were drafts that were

12  exchanged?

13      A.   I don't recall.  But I believe there

14  was -- there was some text that was shared

15  with me about how to, you know, correct it.

16           MS. FEENAN:  Objection to any

17       other further testimony on the

18       conversation and the text.  It's

19       privileged.

20           MR. AMADITZ:  Other than the

21       text.

22           MS. FEENAN:  Right, other than

23       the text itself.

24           MR. AMADITZ:  Do you recall any

25       details of the text?

119

1

2                   C E R T I F I C A T E

3

4        I, MICHELLE LEMBERGER, a shorthand

5    reporter and Notary Public within and for

6    the State of New York, do hereby certify:

7        That the witness(es) whose testimony

8    is hereinbefore set forth was duly sworn,

9    and the foregoing transcript is a true

10   record of the testimony given by such

11   witness(es).

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome.

16   of this matter.

17

18

19

20

21

22

23

24

25                   MICHELLE LEMBERGER