# Exhibit C



**TOWN OF FORESTBURGH**
332 King Road
Forestburgh, New York 12777

Tel. (845) 794-0611
Fax (845) 794-0678

August 18th 2021

Mr. Barshov,

Be advised that your client's application has been reviewed is deemed incomplete for the following reasons:

(1) Failure to tender the required application fee as previously advised fee due, calculates to $1075.00.

(2) Missing Design Review Board (DRB) / Architectural Control Committee (ACC) review and approval of proposed residence in accordance with the applicable Planned Development District / Planned Unit Development Project Design Standards.

(3) Additional Information:

    (a) Please provide information regarding status of infrastructure improvements and utility facilities (water, electricity, sewage/wastewater) for Phase 1 development, and compliance with Town of Forestburgh Zoning Code § 85-21 [B] [5].

    (b) Please provide information regarding intended use of the proposed residential structure given there are no utility facilities (water, electricity, sewage/wastewater) available for connection, and how such use is permitted under the allowable uses of the zoning district.

    (c) Please provide a copy of the deed to the subject lot: FO 3.C-6-3 (lot 303).

Please submit the above within 30 days of the date of this letter or your application will be deemed abandoned.

Respectfully,

Glenn A. Gabbard

Code Enforcement Officer/Building Inspector

c..S. Hogue Jr., Town Supervisor

C. Amaditz ZBA Chair

R. Robbins, Planning Board Chair
J. Afzali, Esq.