# Exhibit H

| 0308850.341070 | Town of Forestburgh | Harris Beach LLC |
| | Special Counsel For Legal Services | Invoice # 8809583 |
| | | Page 2 |

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/25/21 | JA | Attend to review of Lost Lake Draft Environmental Impact Statement, Final Environmental Impact Statement, Public Service Commission docket, Article 78 decisions, SEQRA findings statement, Town Board resolutions, site plans, subdivision plans. PDD application. Prepare memorandum to Planning Board regarding approval conditions. | 7.20 | 1,620.00 |

**TOTAL HOURS AND FEES**      7.20    $1,620.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Afzali, J. | 225.00 | 7.20 | 1,620.00 |
| **TOTALS** | | 7.20 | $1,620.00 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**.................................................................$1,620.00

| | | |
|---|---|---|
| 0308850.341070 | Town of Forestburgh<br>Special Counsel For Legal Services | Harris Beach PLLC<br>Invoice # 8813868<br>Page 2 |

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | JA | Confer with R. Robbins to discuss draft memo and additional information. Review additional research items provided by R. Robbins. Revise and review draft memo and prepare for final. | 2.00 | 450.00 |
| 06/03/21 | JA | Attend to preparations for Town Board executive session. Attend Executive session to discuss Lost Lake Resort options. | 1.00 | 225.00 |
| 06/22/21 | JA | Attend to review of applicant Lost Lake Management Corp. requests for building permits. Review project documents to identify project requirements, conditions and application deficiencies.. Prepared draft list of project requirements and applicable conditions to be included in Town response and request for information. | 2.90 | 652.50 |

**TOTAL HOURS AND FEES**                                                     5.90     $1,327.50

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| Timekeeper | Rate | Hours | Value |
| Afzali, J. | 225.00 | 5.90 | 1,327.50 |
| **TOTALS** | | **5.90** | **$1,327.50** |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................**$1,327.50**

| 0308850.341070 | Town of Forestburgh | Harris Beach PLLC |
| | Special Counsel For Legal Services | Invoice # 8819019 |
| | | Page 2 |

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/21 | JA | Attend to review of Lost Lake applicant emails. Prepared summary chart of permit approvals and conditions to be provided to applicant in response to applicant's request. | 1.10 | 247.50 |
| 07/21/21 | JA | Meeting with R. Robbins and D. Hogue to review lost lake record and obtain relevant resolutions and post-approval documents, and discuss strategy. | 1.80 | 405.00 |
| 07/27/21 | JA | Teleconference with Lost Lake project attorney to discuss status of permits. | 0.30 | 67.50 |
| **TOTAL HOURS AND FEES** | | | **3.20** | **$720.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Afzali, J. | 225.00 | 3.20 | 720.00 |
| **TOTALS** | | **3.20** | **$720.00** |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................$720.00

| 0308850.341070 | Town of Forestburgh |  | Harris Beach PLLC |
|---|---|---|---|
|  | Special Counsel For Legal Services |  | Invoice # 8823341 |
|  |  |  | Page 2 |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 08/16/21 | JA | Confer with Town Building Inspector and advise on authority to request additional information from applicant regarding permit fee, compliance with infrastructure requirements and conformance with zoning use restrictions. | 1.20 | 270.00 |
| 08/16/21 | JA | Review Lost Lake project Design Standards / Design Review Board requirements. Review project environmental records. Review project restrictive covenants. Advise Richard Robbins regarding same. | 1.20 | 270.00 |
| 08/16/21 | JA | Review Lost Lake applicant demand for building permits. Review and analyze all permit applications for sufficiency. | 0.50 | 112.50 |

**TOTAL HOURS AND FEES** — 2.90 — $652.50

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Afzali, J. | 225.00 | 2.90 | 652.50 |
| **TOTALS** |  | 2.90 | $652.50 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................$652.50

| 0308850.341070 | Town of Forestburgh<br>Special Counsel For Legal Services | Harris Beach PLLC<br>Invoice # 8827277<br>Page 2 |

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/21/21 | JA | Review Lost Lake attorney demand letter with attachments. Confer with Building Inspector regarding same. | 0.30 | 67.50 |
| 09/23/21 | JA | Attend conference call with town representative and engineer to discuss Lost Lake applicant's September 13 submission and additional potential deficiencies. | 0.50 | 112.50 |
| 09/28/21 | JA | Attend to review of building permit application records, Lost Lake design protocols, restrictive covenants, and assist Town Building Inspector with identifying building permit application completeness status and response to Applicant's September 13, 2021 submission. | 1.60 | 360.00 |

**TOTAL HOURS AND FEES**  2.40  $540.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Afzali, J. | 225.00 | 2.40 | 540.00 |
| **TOTALS** | | 2.40 | $540.00 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**.................................................................$540.00

| 0308850.341070 | Town of Forestburgh<br>Special Counsel For Legal Services | | Harris Beach PLLC<br>Invoice # 8832703<br>Page 2 |

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/21 | JA | Attend to review and comments to Bergmann memorandum regarding Lost Lake building permit application review. Review and compare 2013 Declaration of Reservations, Covenants, Easements, Restrictions with 2021 Amended and Restated Declaration of Reservations, Covenants to verify Bergmann findings. Confirm entity status for Lost Lake Property Owners Association. Review Town Code provisions for subdivision and building permit requirements to confirm Bergmann findings. Review letter from Lost Lake counsel S. Barshov regrading demand for permit. Preform research to verify S. Barshov allegations and legal conclusions. Prepare outline of findings to discuss with Building Inspector. | 2.40 | 540.00 |
| 10/05/21 | JA | Prepare draft 5 page response / deficiency notice to Lot 303 applicant for Building Inspector consideration based on prior conversations and engineer memorandum. | 3.20 | 720.00 |
| 10/05/21 | JA | Attend conference call with engineer/consultant C. Voss and Building Inspector to discuss application review analysis. Provide additional comments to C. Voss applicable Town Code requirements. Review final memorandum. | 0.80 | 180.00 |
| 10/06/21 | JA | Confer with consultant C. Voss regarding additional comments and deficiencies on Lot 303 application. Assist Building inspector with revisions to response letter to applicant regarding deficiencies. | 1.50 | 337.50 |
| 10/29/21 | JA | Attend to review of Lost Lake FOIL requests. Perform research regarding applicable exemptions. Prepare summary chart of document categories. Advise Town clerk regarding response to FOIL. | 1.50 | 337.50 |
| 10/29/21 | JA | Review and analyze Lost Lake counsel's demand letter and litigation hold request. Prepare outline of response strategy to be discussed with Building Inspector. | 0.80 | 180.00 |

| **TOTAL HOURS AND FEES** | | | **10.20** | **$2,295.00** |

0308850.341070   Town of Forestburgh                          Harris Beach PLLC
                 Special Counsel For Legal Services           Invoice # 8835226
                                                                        Page 2

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/21 | JA | Review October 28 letter from Lost Lake Counsel S. Barshov regarding litigation threat and response to G. Gabbard request for information. Perform research on legal issues raised in letter. Prepare outline of research findings for anticipated response. | 1.50 | 337.50 |
| 11/02/21 | JA | Review new Lost Lake lot 303 permit application and compare with prior application documents for changes. | 0.60 | 135.00 |
| 11/03/21 | JA | Lost Lake's FOIL request response matrix. Prepare draft response. Confer with Town Clerk J. Nagoda regarding same. | 1.80 | 405.00 |
| 11/22/21 | JA | Prepare draft response letter to S. Barshov FOIL request. | 0.50 | 112.50 |
| 11/23/21 | JA | Conference call with Building Inspector G. Gabbard to advise on Lot 303 application response and determination (0.5). Prepare draft proposed determination letter as per discussions with G. Gabbard (1.0). | 1.50 | 337.50 |

**TOTAL HOURS AND FEES**                                          5.90    $1,327.50

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Afzali, J. | 225.00 | 5.90 | 1,327.50 |
| **TOTALS** | | 5.90 | $1,327.50 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**.......................................................... $1,327.50