# Exhibit X

| | |
|---|---|
| **From:** | Javid Afzali |
| **To:** | Steven Barshov |
| **Cc:** | Javid Afzali |
| **Subject:** | Lost Lake Resort - |
| **Date:** | Tuesday, February 14, 2023 11:07:27 AM |

Mr. Barshov,

This email responds to your February 14, 2023 voicemail. As an initial matter, you mentioned that Mr. Gabbard "hung up" on your clients during a phone call. Mr. Gabbard requests that communications between your clients him be limited to written correspondence by letter or email to: forestburghcodes@gmail.com. Mr. Gabbard does not feel comfortable speaking with your clients given he has been named in multiple lawsuits and prefers to keep a written record of such communications.

Regarding your question on paving, if your clients have not undertaken any paving work related to street, roads, or other areas, you may indicate so in any written response to the February 1, 2023 Notice and it will be confirmed during the site inspection.

Sincerely,

**Javid Afzali**
**Partner**

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

677 Broadway, Suite 1101
Albany, NY 12207
518.701.2775   Direct
518.257.0728   Mobile
518.427.0235   Fax
518.427.9700   Main

**Website** | **Bio** | **Add to Contacts**

p r a c t i c e G R E E N
Save a tree. Read, don't print, emails.

**Statement of Confidentiality**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender