# Exhibit Y



**TOWN OF FORESTBURGH**
P.O. Box 114
Forestburgh, New York 12777

Tel. (845) 794-0611
Fax (845) 794-0678

April 29, 2013

Thomas Rudolph, P.E.
Regional Engineer and Acting Regional Director
New York State Department of Environmental Conservation
Region Three
100 Hillside Avenue, Suite 1W
White Plains, New York 10603-2860

Re: Lost Lake Project; Town of Forestburgh, Sullivan County, New York

Dear Acting Director Rudolph:

I am the Supervisor of the Town of Forestburgh, Sullivan County, New York.

Over five (5) years ago, the applicant/developer of the Lost Lake Resort Project began the process of seeking approvals for a Planned Development on approximately 2,080 acres of land within the Town of Forestburgh.

The developers have obtained approvals for a Planned Development Zoning District; SEQRA Findings Statement; site plan, subdivision and special use permit approval and all other necessary approvals from the Town of Forestburgh. This is an excellent project and an absolute benefit to our community.

The completed project will bring a cluster of thirty (30) single family cottages, forty (40) multi-family townhouse style condominium developments, lodging facilities, a restaurant, a spa/fitness center and a conference facility as well as a championship golf course to our community.

We reached out to the applicant/developer to determine if there was any way that we could assist the applicant in moving the project forward so that construction could begin as soon as possible.

It is our understanding that you are in the process of reviewing the plans on behalf of the Department of Environmental Conservation.

On behalf of myself and the members of the Town Board of the Town of Forestburgh, we would appreciate anything that you could do to expedite DEC's approval of those plans and the issuance of any and all necessary additional permits to the applicant/developer.

If you have any questions, or if there is any information that I can provide as Town Supervisor, please do not hesitate to contact me.

Thank you for your anticipated consideration.

Very truly yours,

William B. Sipos, Supervisor
Town of Forestburgh, Sullivan County, New York

CC: Randy Gracy
    Dominic Cordisco, Esq.