IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOST LAKE HOLDINGS LLC et al.

                Plaintiffs,

vs

TOWN OF FORESTBURGH, et al.

                Defendants.

Civ. Action No. 7:22-cv-10656

### DECLARATION OF JACK GOLD

Jack Gold declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a representative of Lost Lake Holdings, LLC and make this declaration in that capacity.

2. I have personal knowledge of the facts set forth herein.

3. I am over the age of eighteen (18) and competent to testify in a court of law.

4. I respectfully submit this Declaration in support of the Plaintiffs' Motion for Preliminary Injunction being filed contemporaneously with the same.

5. Attached hereto as **Exhibit A** is a true and correct copy of an email that I sent to Glenn Gabbard on January 27, 2023.

6. I wrote this email in response to a January 27, 2023 letter from Glenn Gabbard which discussed the Stop Work Order that Mr. Gabbard had issued for Lot 301 in the Lost Lake Project.

7. A true and correct copy of the January 27, 2023 letter from Glenn Gabbard to Plaintiff is attached as **Exhibit MM** to the Yehuda Miller Declaration.

8. Neither Mr. Gabbard, nor anyone else from the Town of Forestburgh, responded to my January 27, 2023 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on JUNE 2023

_____
Jack Gold