# Exhibit A



y m <ym@mifalhachok.com>

## Re: Lost Lake lot 301 SWO

**Jack Gold** <jgold@landpex.com>　　　　　　　　　　　　　　　　Fri, Jan 27, 2023 at 11:58 AM
To: Glenn Gabbard <forestburghcodes@gmail.com>
Cc: y m <ym@mifalhachok.com>, Steven Barshov <sbarshov@sprlaw.com>, Roman Storzer <storzer@storzerlaw.com>

Mr Gabbard

Please explain the violation in question. Please site Town and/State Code providing a basis of violation. I could not understand what this was about.

On Fri, Jan 27, 2023 at 11:55 AM Glenn Gabbard <forestburghcodes@gmail.com> wrote:
> Mr. Gold,
>
> Kindly see attached letter concerning the dwelling under construction on lot 301.
>
> Respectfully,
>
>
> Glenn A. Gabbard
> Forestburgh Code Enforcement Officer/ Building Inspector
> (845) 794-0611 ext.-24
> Fax (845) 794-0678


--
Regards

Jack Gold
VP Developments
LandPex LLC
85 Broad St
Suite 1776
New York NY 10004
Ph: 212-457-1390
Cell: 917-414-0441
Email: Jgold@LandPex.com