IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOST LAKE HOLDINGS LLC et al.

                Plaintiffs,

vs

TOWN OF FORESTBURGH, et al.

                Defendants.

Civ. Action No. 7:22-cv-10656

## DECLARATION OF MORDECHAI HALBERSTAM

Mordechai Halberstam declares as follows, pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth herein.
2. I am over the age of eighteen (18) and competent to testify in a court of law.
3. I respectfully submit this Declaration in support of the Plaintiffs' Motion for Preliminary Injunction being filed contemporaneously with the same.
4. I am a Hasidic Orthodox Jew.
5. I am the President of the Plaintiff Lost Lake Holdings LLC.
6. I am the President of the Plaintiff Mishconos Mazah LLC.
7. I intend to purchase a home with my wife, who is also a Hasidic Orthodox Jew, in Phase I of the Lost Lake Project. We will reside there, along with other members of our family.
8. I also have relatives who intend to purchase homes in the Lost Lake Project.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2023

_____
Rabbi Mordechai Halberstam