IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOST LAKE HOLDINGS LLC, *et al.*,

                      Plaintiffs,

vs

TOWN OF FORESTBURGH, *et al.*,

                      Defendants.

Civ. Action No. 7:22-cv-10656

**Affidavit of Todd W. Price**

I, the undersigned, do hereby certify and affirm that:

1. I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., headquartered at 401 E. Ontario St., Chicago, Illinois, 60611. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, and online documents.

4. When capturing Web Content, a User provides URLs (Uniform Resource Locators) associated with the Web Content to be captured by the Page Vault Capturing Server (PVCS). This is accomplished either through the Page Vault Browser (PVB) interface or through the Page Vault Portal (PVP) interface.

5. When using the PVB interface, a User establishes a connection from their computer to the PVCS. This connection operates over an encrypted channel and allows the User to remotely control the Page Vault Browser (PVB) software that

      is installed on the PVCS.

6. The PVB is a proprietary browser that utilizes a Chromium browser engine. The PVB restricts the User from modifying the Web Content, accessing or modifying a webpage's source code, installing browser plugins, or otherwise altering the contents of the Web Content or the internet traffic between Web Servers (WS) and the PVCS.

7. As a User controls the PVB, the PVCS establishes an active web browsing session with various WS.

8. Remotely controlling the PVB, a User can direct the PVCS to create Captures of Web Content associated with a URL.

9. When using the PVP (Page Vault Portal) interface, a User establishes an authenticated session to the PVCS and provides a URL that is associated with Web Content to be collected.

10. Through the PVP interface, the User directs the PVCS to initiate a secure connection to WS and create Captures of the Web Content associated with the provided URL.

11. Captures can include the way the Web Content for the specified URL appeared in the PVB interface along with associated metadata. Captures are digitally signed and hashed.

12. Page Vault securely stores Captures, which Users can access, review, and download.

13. Attached hereto are true and accurate copies of Captures of the PVCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* 10th *day of* May, 2023 *at* Evanston, Illinois.

_____
Todd W. Price