# Exhibit B

PageVault

| | |
|---|---|
| Document title: | Sullivan County Democrat: Lost Lake Resort: Cleared for Phase I |
| Capture URL: | http://www.sc-democrat.com/news/2013July/02/news2.htm |
| Page loaded at (UTC): | Mon, 08 May 2023 14:20:56 GMT |
| Capture timestamp (UTC): | Mon, 08 May 2023 14:22:05 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 50.19.91.206 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | qme1NYd9ExnRGyr2hCSnxd |
| User: | sa-pagevault |

PDF REFERENCE #:     uuxaZsL3DwH7cQiKxK7onE

# Sullivan County Democrat

Callicoon, New York
August 16, 2013 Issue

*National Award-winning, Family-run Newspaper*
Established 1891

www.sc-democrat.com
info@sc-democrat.com

news | sports | obituaries | archives | classifieds | subscribe | NEW! buy photos | links | contact | tv listings | lottery

Today is Monday, May 8th, 2023

**Weather**


WXPort

**News**



**Community**

Sullivan County Democrat
Promote Your Page Too

"Inside Out"
Jeanne Sager's Weekly Column in the Democrat

"Give Us Paws"
Ruth Huggler's Weekly Column in the Democrat

"Retrospect"
John Conway's Look Back at the History of Sullivan County

Sullivan Renaissance

Sullivan County Chamber Of Commerce & Industry

Sullivan County Visitor's Association

Sullivan County Government Center

Sullivan County Partnership for Economic Development

Please visit our Community Links section for other Sullivan County Organizations



Eli Ruiz | Democrat

Town of Forestburgh Supervisor William Sipos signs the abstract from Double Diamond Companies, thereby getting the six-years-in-the-making massive upscale residential golf community's first phase of construction underway.

## Lost Lake Resort: Cleared for Phase I

**Story by Eli Ruiz**

FORESTBURGH — July 2, 2013 — The Forestburgh Town and Planning Boards met last Tuesday to grant final approval on Phase I of the proposed Lost Lake Resort project.

Brought before the boards back in June of 2007, the massive proposed residential golf community has been held up the last six years while parent company, and builder for the project, Double Diamond Companies, secured all the necessary permits and approvals from various state agencies – including the New York State Department of Environmental Conservation (DEC), NYS Department of Health (DOH) and the NYS Office for Historical Preservation. Double Diamond Companies is based in Dallas, TX.

"If the town could have approved the project back then [2007], we would have approved it right away," affirmed Town of Forestburgh Clerk Joanne Nagoda.

The Lost Lake Resort project is planned, as Nagoda put it, "as a complete gated community," and will include more than 1,000 lots, an 18-hole golf course, Olympic-style swimming pool with restaurants and other amenities.

Phase-1 of the buildout will see 400 lots, the front nine of the golf course, a sales office and the water treatment and processing plants constructed on the large Cold Spring Road tract set aside for the project.

After signing the several documents necessary to get the project going, Forestburgh Supervisor William Sipos said, "For a project this size six years really isn't that bad… I'm just happy to say that it's now


Promote Your Page Too

"Inside Out"
Jeanne Sager's Weekly Column in the Democrat

"Give Us Paws"
Ruth Huggler's Weekly Column in the Democrat

"Retrospect"
John Conway's Look Back at the History of Sullivan County

Sullivan Renaissance

Sullivan County Chamber Of Commerce & Industry

Sullivan County Visitor's Association

Sullivan County Government Center

Sullivan County Partnership for Economic Development

Please visit our Community Links section for other Sullivan County Organizations



Eli Ruiz | Democrat

Town of Forestburgh Supervisor William Sipos signs the abstract from Double Diamond Companies, thereby getting the six-years-in-the-making massive upscale residential golf community's first phase of construction underway.

# Lost Lake Resort: Cleared for Phase I

**Story by Eli Ruiz**

FORESTBURGH — July 2, 2013 — The Forestburgh Town and Planning Boards met last Tuesday to grant final approval on Phase I of the proposed Lost Lake Resort project.

Brought before the boards back in June of 2007, the massive proposed residential golf community has been held up the last six years while parent company, and builder for the project, Double Diamond Companies, secured all the necessary permits and approvals from various state agencies – including the New York State Department of Environmental Conservation (DEC), NYS Department of Health (DOH) and the NYS Office for Historical Preservation. Double Diamond Companies is based in Dallas, TX.

"If the town could have approved the project back then [2007], we would have approved it right away," affirmed Town of Forestburgh Clerk Joanne Nagoda.

The Lost Lake Resort project is planned, as Nagoda put it, "as a complete gated community," and will include more than 1,000 lots, an 18-hole golf course, Olympic-style swimming pool with restaurants and other amenities.

Phase-1 of the buildout will see 400 lots, the front nine of the golf course, a sales office and the water treatment and processing plants constructed on the large Cold Spring Road tract set aside for the project.

After signing the several documents necessary to get the project going, Forestburgh Supervisor William Sipos said, "For a project this size six years really isn't that bad… I'm just happy to say that it's now official."

Phase II – expected to be brought before the planning board within three months – will include an additional 235 lots, the back nine for the golf course and the swimming pool.

"We'll start right away with the submittal plans [for Phase II] and have it before this board in two or three months," said Double Diamond Companies' Senior VP of Construction Randy Gracy.

The Texas company's website calls Double Diamond Companies "… one of the premiere developers of residential golf communities in the United States." The company – founded In 1972 – further claims to have over 16,000 acres of land extended over six upscale resort/residential properties.

"It's been a while," added Gracy. "It's quite the project, but it's a good project, though. I think you'll all be impressed with what we've already done, but give us another three or four weeks and you'll see changes up there every day… I think you'll be very pleased."

Offered an optimistic Nagoda, "This wonderful project gives us something we didn't have, which are ratables for our tax base."

The board's next scheduled regular meeting is slated for July 3.

Copyright © 1999-2013 Catskill-Delaware Publications.
The information you receive online from the Sullivan County Democrat Online Edition is protected by the copyright laws of the United States. Content contained within this website is for the sole and exclusive use of Catskill-Delaware Publications. Please read our user agreement and our use information privacy statement.
Internet Services provided by Time Warner. Site Design by Green Enterprises

top of page                                                                                                                  top of page