# Exhibit C

PageVault

| | |
|---|---|
| Document title: | Green light for enormous resort set to bring nearly 2,700 homes, golf course to Forestburgh |
| Capture URL: | https://www.recordonline.com/story/news/2014/05/22/green-light-for-enormous-resort/37289616007/ |
| Page loaded at (UTC): | Mon, 08 May 2023 14:24:22 GMT |
| Capture timestamp (UTC): | Mon, 08 May 2023 14:25:47 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 50.19.91.206 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | 5UWBdDj1e6TNbD9zZgHFYL |
| User: | sa-pagevault |

PDF REFERENCE #:        8W47B19p9Un7UsV67sy1qZ




MARKETPLACE
Search For & Place Classifieds

SUBSCRIBE NOW
$1 for the first 3 months

NEWS

# Green light for enormous resort set to bring nearly 2,700 homes, golf course to Forestburgh

**Nathan Brown**

Published 8:45 a.m. ET May 22, 2014 | Updated 8:48 a.m. ET May 22, 2014

You have limited articles remaining.

Advertisement

Hot Temu Buys
Temu





Senior VP of Double Diamond Companies, Randy Gracy, cuts the ribbon for the long-awaited grand opening of Lost Lake Resorts Wednesday afternoon in Forestburgh. *Times Herald-Record*







VIDEO: Lost Lake resort grand open…

FORESTBURGH — When it's done, it's supposed to bring almost 2,700 new homes and millions in tax revenue to this town of not even 900 people.

Local elected and economic development officials and representatives of development company Double Diamond Resorts gathered at the already-completed management office for Lost Lake Resort Thursday afternoon, to hold a ribbon-cutting ceremony for the 2,000-acre resort that has been over six years in the making.

The first phase includes 400 housing units; they started selling the lots a few months ago, and have sold 20 to 30 already, said Randy Gracy, vice president of the Dallas, Texas-based company. The golf course, clubhouse, restaurant, fitness center, spa and more homes will be built later. Some of these amenities will be open to the public.





MARKETPLACE
Search For & Place Classifieds

Case 7:22-cv-10656-VB   Document 87-3   Filed 06/01/23   Page 5 of 12

recordonline.com | TIMES HERALD-RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ]   Sports   Food   Life   Opinion   Advertise   Obituaries   eNewspaper   Legals   65°F   Subscribe   Sign In

Forestburgh Supervisor Bill Sipos said the town government and citizens were concerned when the project was proposed, since nothing of that size has ever been built in the town.

He said they were reassured when Double Diamond took them to visit Eagle Rock Resort, a similar development of theirs near Wilkes Barre, Pa., and by Double Diamond's efforts to make sure they won't be a burden on the town. The project won't cost the town anything more in road maintenance, and it has its own water and sewer system. Double Diamond set aside some land in the project to build another fire house later, and said they would pay any of their employees who join the volunteer fire department an extra $1 an hour.



As for taxes, Sipos said the town, county and school district will get an additional combined $35 million a year when it's all built — a big chunk for Forestburgh, whose property tax levy is only $1.8 million a year now. The project will be taxed at its full assessed value.

"This project will definitely help shore up our coffers, to ensure our future to keep the town whole," Sipos said.

recordonline.com | TIMES HERALD-RECORD
Get local news this spring, for FREE
*No credit card required
CREATE ACCOUNT



t was held up for a while at first, as the mental Conservation fought over who

MARKETPLACE
Search For & Place Classifieds

recordonline.com | TIMES HERALD-RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ]  Sports  Food  Life  Opinion  Advertise  Obituaries  eNewspaper  Legals   65°F  Subscribe  Sign In

The project was first pitched in late 2007. It was held up for a while at first, as the town and the state Department of Environmental Conservation fought over who should lead the environmental review. The town ended up winning that argument, and then the project had to go through the review process and get its permits. Phase I got its final approval last summer; they'll have to come back to the town before building the next phase.

Gracy thanked Sipos, former Supervisor Jim Galligan, and the town board for their support. He said the serene location — it's just off Cold Spring Road, adjacent to the Neversink Gorge Recreational Area — is ideal for the type of resorts they build.

Advertisement



"I think it's going to benefit not just us but the surrounding community a great deal," he said.

nbrown@th-record.com

  

Taboola Feed


Cardiologists: Overweight? Do This Before Bed
This Vegetable Will Kill Your Belly And Arm Fat Overnight!Drink This Before …
Alpilean | Ad   Learn More


Simple Indian Trick for Nail Infection (not everyone knows)
Healthy Guru | Ad   Read More


Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink
Tactical X | Ad




 
Get started

Advertisement
Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

You have limited articles remaining.

MARKETPLACE
Search For & Place Classifieds

recordonline.com | TIMES HERALD-RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ]   Sports   Food   Life   Opinion   Advertise   Obituaries   eNewspaper   Legals   65°F   Subscribe   Sign In



**Amazon Hates When Prime Members Do This, But They Can't Stop You**
This simple trick can help save tons of money, but most Prime members are…
Online Shopping Tools | Ad

**A Teaspoon On An Empty Stomach May Burn 12 Lbs Of Fat A Week**
Older women may burn extra fat by doing this.
Women's Health News | Ad

**Silence Tinnitus By Doing This Once Daily!**
Goodlife-24 | Ad



**Cardiologist: Too Much Belly Fat? Do This Before Bed**
Health & Welfare | Ad



**California PSA: New Rx-Free 'Drops' Are Now Available**
Health Headlines | Ad   Learn More



**When Tinnitus Don't Stop, Try This**
Healthy Guru | Ad   Learn More



**Seniors on SS Are Now Entitled To These 24 "Kickbacks" In April (Tap For Full List)**
YourPennySaver | Ad   Learn More

## Deal of the Day



**Cariuma's Incredibly Popular Snoopy Sneakers Sold Out—But You Can Still Reserve A Pair**
REVIEWED USA TODAY Network

View Deal

Recommendations are independently chosen by our editors.
Purchases you make through our links may earn us a commission.

## Recommended



**Army's Andre Carter goes undrafted, Vikings sign free agent**
NEWS

You have limited articles remaining.  



Advertisement
Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

MARKETPLACE
Search For & Place Classifieds

recordonline.com | TIMES HERALD-RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ]  Sports  Food  Life  Opinion  Advertise  Obituaries  eNewspaper  Legals  65°F  Subscribe  Sign In




**This "Botox Alternative Sold Out At Target (in Just 2 Days)**
Vibriance | Ad
Learn More

**Top Nutritionist: 1 Vitamin You Need After 50 For "Crepey" Skin**
Dr. Kellyann | Ad

## More Local Stories


**Lake Katrine man charged with killing father on Thursday**
NEWS


**Monticello police investigate shooting of baby, two adults**
NEWS


**Edward Holley, suspect in Megan McDonald murder, set to leave jail**
NEWS


**boys basketball section 9 new york state all stars jonah mcduffie**
NEWS




**Roofers Tested 17 Gutter Guards... Here's What They Discovered**
LeafFilter Partner | Ad
Learn More

**Cardiologists: Burn Unwanted Calories? Do This Tonight**
Healthy Guru | Ad
Watch Now




**Most Affordable Camper Vans**

**Don't Pay For New Gutters. Get This 3-In-1 System Instead**
Leaffilterusa.com | Ad
Learn More

You have limited articles remaining.

Advertisement
Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

MARKETPLACE
Search For & Place Classifieds

recordonline.com | TIMES HERALD-RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[News] Sports Food Life Opinion Advertise Obituaries eNewspaper Legals 65°F Subscribe Sign In

**Most Affordable Camper Vans**
Camper Van Warehouse | Search Ads | Ad

**Don't Pay For New Gutters. Get This 3-In-1 System Instead**
leaffilterusa.com | Ad
Learn More

## More Local Stories


**Guilty verdict in road rage manslaughter case**
NEWS


**Things to do in Orange and Sullivan Counties**
NEWS


**Stewart Airport to the Faroe Islands nonstop flights coming in August**
NEWS


■ FOR SUBSCRIBERS
**Monroe and South Blooming Grove at odds over unauthorized road**
NEWS


**Diabetes Might Not Be From Sweets! Meet The Number One Enemy**
Lower Your Sugar | Ad
Learn More


**Top Biologist: If Anyone Has Tinnitus (Ear Ringing) Do This Immediately**
Goodlife-24 | Ad


**California: New "Grocery Allowance" Everyone on Medicare Can Apply for**
Flex Allowance | Ad


**Electric Companies Will Hate You for Doing This, but They Can't Stop You**
Lower Bill | Ad
Learn More

## Recommended


**Edward Holley's attorney, Paul Weber, talks about the state's case**
NEWS

Advertisement

Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

You have limited articles remaining.

MARKETPLACE
Search For & Place Classifieds

Case 7:22-cv-10656-VB Document 87-3 Filed 06/01/23 Page 10 of 12

recordonline.com | TIMES HERALD RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ]  Sports  Food  Life  Opinion  Advertise  Obituaries  eNewspaper  Legals   65°F  Subscribe  Sign In



NY budget: State monitor will oversee Orange County IDA
NEWS


The New Volvo Hybrid EV Leaves Nothing To The Imagination
2023 New Volvos | Ad   Learn More


Weight Loss After 55 Comes Down To This Simple Greek Method
Health Truth Finder | Ad   Watch Now

## More Local Stories


SUNY Athletic Conference Varsity 845 track field
NEWS


Plenty of automotive and motorcycle events
NEWS


Zack Ryder leaving Minisink Valley early for Penn State club
NEWS


accord-speedway-racing-modified-sportsman-street-stocks-slingshots
NEWS




Here Is What Full Mouth Dental Implants Should Cost You In 2023: See List
Top Dental USA | Search Ads | Ad

You have limited articles remaining.

Advertisement
Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

Document title: Green light for enormous resort set to bring nearly 2,700 homes, golf course to Forestburgh
Capture URL: https://www.recordonline.com/story/news/2014/05/22/green-light-for-enormous-resort/37289616007/
Capture timestamp (UTC): Mon, 08 May 2023 14:25:47 GMT
Page 8 of 10

MARKETPLACE
Search For & Place Classifieds

recordonline.com | TIMES HERALD RECORD

SUBSCRIBE NOW
$1 for the first 3 months

[ News ] Sports Food Life Opinion Advertise Obituaries eNewspaper Legals 65°F Subscribe Sign In


**Top Plastic Surgeon: If You Have Wrinkles, Do This Before Bed**
Healthy Guru | Ad


**Here Is What Full Mouth Dental Implants Should Cost You In 2023: See List**
Top Dental USA | Search Ads | Ad

Advertisement
Search for
1. TOP 10 SPORT DRINKS
2. LIVE DOPPLER RADAR
3. TOP HEADLINES TODAY
4. MOST VALUABLE SPORTS FRANCHISES
5. CURRENT EVENTS TODAY
6. HEADLINES OF THE DAY
7. LATEST CAR ACCIDENTS IN
8. WATCH LIVE SPORTS
9. WATCH LIVE FOOTBALL ON INTERNET
10. HUD HOUSES FOR RENT
11. FREE DENTAL IMPLANTS
12. USED CARS UNDER $500 FOR SALE
13. 10 BEST TOILET BOWL CLEANERS
14. HIGH-YIELDING INVESTMENT OPTIONS
15. BEST WAYS TO INVEST IN GOLD
16. BEST NUTRITIOUS DOG FOODS
17. OPEN A DIGITAL SAVINGS ACCOUNT
18. 10 BEST DOG FOOD BRANDS IN 2023
19. TOP 5 HIGH RETURN INVESTMENTS IN 2023
Yahoo! Search

**Chuck Norris: This 2 Minute Routine Transformed My Health**
Roundhouse Provisions | Ad

**Santa Clara, California: Are You Aware Of This?**
iQ Report | Ad    Read More

## More Local Stories


varsity 845 high school baseball player of week april 17 23 OCIAA MHAL
NEWS


Vote now: Varsity 845 softball player of week april 17 23 OCIAA MHAL
NEWS


■ FOR SUBSCRIBERS
Downtown Port Jervis lures tourists with restaurants, train museum
NEWS


army west point college football quarterback dewayne coleman
NEWS

You have limited articles remaining.

Advertisement

Document title: Green light for enormous resort set to bring nearly 2,700 homes, golf course to Forestburgh
Capture URL: https://www.recordonline.com/story/news/2014/05/22/green-light-for-enormous-resort/37289616007/
Capture timestamp (UTC): Mon, 08 May 2023 14:25:47 GMT
Page 9 of 10



Document title: Green light for enormous resort set to bring nearly 2,700 homes, golf course to Forestburgh
Capture URL: https://www.recordonline.com/story/news/2014/05/22/green-light-for-enormous-resort/37289616007/
Capture timestamp (UTC): Mon, 08 May 2023 14:25:47 GMT
Page 10 of 10