# Exhibit H

PageVault

| | |
|---|---|
| Document title: | A group of developers has bought a... - recordonline.com \| Facebook |
| Capture URL: | https://m.facebook.com/story.php?story_fbid=pfbid022cjtG7Tw3H8FzSCV3StBnu2VAr4UnRWTchZ3z4E4zqtxifGtLYRN959ieZ1PK5Udl&id=18997066297&mibextid=Nif5oz#_=_ |
| Page loaded at (UTC): | Tue, 09 May 2023 19:04:04 GMT |
| Capture timestamp (UTC): | Tue, 09 May 2023 19:06:14 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 44.216.28.24 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | uEdGNJxiaJ9cTzVS45bUbT |
| User: | sa-pagevault |

PDF REFERENCE #:    2KzEc3DkXt19xUj45GZvTY

← A group of developers has bought a... - recordonline.com | Facebook


**recordonline.com**
September 23, 2020 at 11:00 AM ·

A group of developers has bought a 3.3-square-mile swath of Sullivan County with fully approved plans for a 2,600-home community that have sat dormant since the project began with a jubilant ribbon-cutting in 2014 and soon fizzled.





RECORDONLINE.COM
**Developers buy Sullivan County land with approved plans for 2,600-home gated community**
A development group has bought nearly 2,100 acres in Sullivan County that already has the Town of Forestburgh's approval for a 2,600-home community

👍 Like        💬 Comment        ↗ Share

👍😮😢 49
31 Shares

Write a comment...                                                                            Post

**Laura Beebe**
It already smells like sewage. In Sullivan from putting up the first round of condos for the hissidics and accident everyday. Out of control.
3 yrs   Like   Reply   More

**Allen Hill**
Jewish Camps
3 yrs   Like   Reply   More

**John Schumaci**
This state has failed its people. FUAC!
3 yrs   Like   Reply   More

**Vincent J Porcelli**
We don't need this we don't need anymore people arounf
3 yrs   Like   Reply   More

**Gary Smith**
Thanks Gov Como. We all know this group has you in their back pocket. Como lets them do whatever they want as long as he gets all their votes. What a train wreck. 👍 2



**Vincent J Porcelli**
We don't need this we don't need anymore people arounf
3 yrs   Like   Reply   More

**Gary Smith**
Thanks Gov Como. We all know this group has you in their back pocket. Como lets them do whatever they want as long as he gets all their votes. What a train wreck.   👍 2
3 yrs   Like   Reply   More

**Edward R Cramer**
How is there able to afford everything. They bought our Catholic schools in Rockland they bought spring valley market place .. they took over stop and shop in Pomona ... There's building a new city in kj .. while the rest of us can barely afford $5 a gallon milk price ? And you wonder why Germans did what they say they did .. smh   😮😆 4
3 yrs   Like   Reply   More

   **Joseph Bednarski**
   **Edward R Cramer** wow   👍 2
   3 yrs   Like   Reply   More

   Write a reply...                                                      Reply

**Christian Rathbun**
Oh boy more
3 yrs   Like   Reply   More

**John Blando**
**John Wallace**
3 yrs   Like   Reply   More

**Steve Hodge**
Dirty money, endless money, amazon scammers, jewish mafia   👍 1
3 yrs   Like   Reply   More

**Cynthia Millar Forsythe**
2600 homes.. 3.3 sq miles? Hmmm wonder who that is   👍🎉 3
3 yrs   Like   Reply   More

**Judy Birch**
What ever happen to the slogan "I LOVE NEW YORK" ?
3 yrs   Like   Reply   More

   **Donna Aquino**
   I'd love it better if everyone paid their fair share of state taxes. They are high enough as it is   👍 2
   3 yrs   Like   Reply   More

   Write a reply...                                                      Reply

**Donna Aquino**
Gee, great, let us all pay for this community's expenses. Developers and largest subdivision in NY is *exactly* what the Hudson Valley and Catskills needs right now, right? ......   👍 1
3 yrs   Like   Reply   More

**Rick Johnson**
As long as it not evangelicals were all safe.   👍🎉 2
3 yrs   Like   Reply   More

**Michelle Perrello**
**Nick Perrello** great.   😢 1
3 yrs   Like   Reply   More

   **Jaclyn Mascolo**
   **Michelle Galligan** youre kidding smfh
   3 yrs   Like   Reply   More

   **Michelle Perrello**
   **Jaclyn Mascolo** 😡
   3 yrs   Like   Reply   More



Jaclyn Mascolo
**Michelle Galligan** youre kidding smh
3 yrs Like Reply More

Michelle Perrello
**Jaclyn Mascolo** 😡
3 yrs Like Reply More

Write a reply... Reply

Will Ellison
the takeover continues. 3
3 yrs Like Reply More

Britanni May
**Justin Matthew** we're moving.
3 yrs Like Reply More

Fran Galloway
That's a great idea. Devote Sullivan county to all religious groups and leave the rest of NY to pay the taxes. 12
3 yrs Like Reply More

Ethan DiMaria

**media.tenor.co**
media.tenor.co 1
3 yrs Like Reply More

Donna Aquino
Ethan DiMaria Let's be clear here, we are talking about people who have great wealth and somehow always manage not to pay taxes - I am including ANY member of the wealthy in this category. NY taxes are sky high already, many of us have lost our jobs and are struggling to feed our families and if we do not pay taxes, we pay a heavy price. If you expect people struggling to feed their families AND shoulder a gated community's tax burden as well, you can hardly be surprised there is anger. And many of us - like me - have marched for justice all our lives, including this past year. But equality means you pay your fair share of taxes too. And massive tax exemptions come from great wealth and connections - sorry, that is just not popular any more than racism is these days. Fair is fair 3
3 yrs Like Reply More

Ethan DiMaria
Well stated arguement. You should blame the system and not isolate those who legally take advantage of any opportunities afforded by the government.
3 yrs Like Reply More

Fran Galloway
Donna Aquino And just in case people misconstrued my statement, I was being sarcastic. I am a senior on a fixed income. 1
3 yrs Like Reply More

Donna Aquino
**Ethan DiMaria** First: I am not a blamer, and 'legally taking advantage' is scummy to me, no matter how wealthy. You don't seem to get how serious this is: I was a disability counselor all my life and Section 8 housing is meant for the disabled, vulnerable and unable to work - but instead, THEY get to live in shelters or on the streets when all Section 8 housing is scarfed up by "those who legally take advantage of opportunities." My own severely disabled sister was once among them, which is why I am so passionate about this and why I fought this kind of grifting in court for so many years. I have zero sympathy for ANY grifter group, uber-rich especially, and am not 'isolating' anybody. Yet another Section 8 home just closed in Narrowsburg, leaving those vulnerable people to fend for themselves. It is virtually impossible to find Section 8 housing for the disabled in Sullivan County as it is - and if this crowd scarfs it all up, leaving the vulnerable to suffer on the streets of Liberty and Monticello in the freezing winters - you bet I'm going to help fight them in court in any way I can!!! 3
3 yrs Like Reply More

Donna Aquino
**Fran Galloway** I knew exactly what you meant, and seniors on fixed incomes still have to come up with town and school taxes. Some of that money comes out of the medications and food budget. This is a major NYS problem that is long unaddressed - maybe it is time to demand some reforms.
3 yrs Like Reply More

Fran Galloway
**Donna Aquino** Yes it is. And many seniors have to choose between paying taxes and food. The assessor said taxes would be lower for everyone if they just got rid of tax exemptions to all groups. 1
3 yrs Like Reply More

Donna Aquino
Fran Galloway I know the Governor's office is focusing solely on the Covid crisis right now - and rightly so - but this long standing problem has to be addressed. My guess is the reason people are so angry about inequity now, as we see from the comments, is because so many of us have lost jobs and are struggling just for food, while an article about a wealthy gated big community with fancy amenities, who pay no taxes but are supported by the struggling families' taxes - guaranteed to make those struggling families angry. This community can well afford to pay its fair share. Their race/gender/ethnicity/faith/anything has nothing to do with it - it is about paying your fair share of the tax burden, period 1
3 yrs Like Reply More

Fran Galloway
**Donna Aquino** Yes. Most people are 2 paychecks away from homelessness. I used to work as a caseworker for Orange County and helped to establish a runaway homeless shelter for youth so I do understand. 2

**Ethan DiMaria** Let's be clear here, we are talking about people who have great wealth and somehow always manage not to pay taxes - I am including ANY member of the wealthy in this category. NY taxes are sky high already, many of us have lost our jobs and are struggling to feed our families and if we do not pay taxes, we pay a heavy price. If you expect people struggling to feed their families AND shoulder a gated community's tax burden as well, you can hardly be surprised there is anger. And many of us - like me - have marched for justice all our lives, including this past year. But equality means you pay your fair share of taxes too. And massive tax exemptions come from great wealth and connections - sorry, that is just not popular any more than racism is these days. Fair is fair

3 yrs   Like   Reply   More                                                                                                                                                                                                                                                                                                                                                                  3

**Ethan DiMaria**
Well stated arguement. You should blame the system and not isolate those who legally take advantage of any opportunities afforded by the government.

3 yrs   Like   Reply   More

**Fran Galloway**
Donna Aquino And just in case people misconstrued my statement, I was being sarcastic. I am a senior on a fixed income.                         1

3 yrs   Like   Reply   More

**Donna Aquino**
**Ethan DiMaria** First: I am not a blamer, and 'legally taking advantage' is scummy to me, no matter how wealthy. You don't seem to get how serious this is: I was a disability counselor all my life and Section 8 housing is meant for the disabled, vulnerable and unable to work - but instead, THEY get to live in shelters or on the streets when all Section 8 housing is scarfed up by "those who legally take advantage of opportunities." My own severely disabled sister was once among them, which is why I am so passionate about this and why I fought this kind of grifting in court for so many years. I have zero sympathy for ANY grifter group, uber-rich especially, and am not 'isolating' anybody. Yet another Section 8 home just closed in Narrowsburg, leaving those vulnerable people to fend for themselves. It is virtually impossible to find Section 8 housing for the disabled in Sullivan County as it is - and if this crowd scarfs it all up, leaving the vulnerable to suffer on the streets of Liberty and Monticello in the freezing winters - you bet I'm going to help fight them in court in any way I can!!!    3

3 yrs   Like   Reply   More

**Donna Aquino**
**Fran Galloway** I knew exactly what you meant, and seniors on fixed incomes still have to come up with town and school taxes. Some of that money comes out of the medications and food budget. This is a major NYS problem that is long unaddressed - maybe it is time to demand some reforms.

3 yrs   Like   Reply   More

**Fran Galloway**
**Donna Aquino** Yes it is. And many seniors have to choose between paying taxes and food. The assessor said taxes would be lower for everyone if they just got rid of tax exemptions to all groups.                                                                                                                                                                                                    1

3 yrs   Like   Reply   More

**Donna Aquino**
**Fran Galloway** I know the Governor's office is focusing solely on the Covid crisis right now - and rightly so - but this long standing problem has to be addressed. My guess is the reason people are so angry about inequity now, as we see from the comments, is because so many of us have lost jobs and are struggling just for food, while an article about a wealthy gated big community with fancy amenities, who pay no taxes but are supported by the struggling families' taxes - guaranteed to make those struggling families angry. This community can well afford to pay its fair share. Their race/gender/ethnicity/faith/anything has nothing to do with it - it is about paying your fair share of the tax burden, period                                     1

3 yrs   Like   Reply   More

**Fran Galloway**
**Donna Aquino** Yes. Most people are 2 paychecks away from homelessness. I used to work as a caseworker for Orange County and helped to establish a runaway homeless shelter for youth so I do understand.                                                                                                                                                                                                    2

3 yrs   Like   Reply   More

**Donna Aquino**
**Fran Galloway** Thank you for that service, Fran.

3 yrs   Like   Reply   More

**Fran Galloway**
**Donna Aquino** Oh you are welcome. But I feel it wasn't enough.

3 yrs   Like   Reply   More

**Donna Aquino**
**Fran Galloway** I believe all service counts!

3 yrs   Like   Reply   More

Write a reply...                                                                                                                                                                                                                                                                                                                                                                                Reply

☺

**Margaret O'Hara**
Well we know the gated community coming in. 👋  7

3 yrs   Like   Reply   More

**Errol Northcote**
A group of rabbis

3 yrs   Like   Reply   More

**Stacy Marsh Decker**
Oh let me guess.  5

3 yrs   Like   Reply   More

View more comments...

---