# Exhibit N

PageVault

| | |
|---|---|
| Document title: | (20+) SULLIVAN COUNTY POST \| Forestburgh being sued over Lost Lake development \| Facebook |
| Capture URL: | https://www.facebook.com/groups/SullivanCountyPost/permalink/3737624606362054/?sfnsn=mo&ref=share |
| Page loaded at (UTC): | Tue, 15 Mar 2022 20:50:51 GMT |
| Capture timestamp (UTC): | Tue, 15 Mar 2022 20:51:54 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 52.203.217.134 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 42188e11-77ad-40eb-92c1-042467d09b56 |
| User: | [redacted] |

PDF REFERENCE #:     e2Gpf8nDsZUwKkqU7vx4bq

[redacted]

Search Facebook

# SULLIVAN COUNTY POST

Public group · 21.7K members

Join group

About Discussion Topics People Events Media Files

**BettyJane Stevens** shared a link.
8h ·

Forestburgh being sued over Lost Lake development

By Fred Stabbert III
FORESTBURGH – Litigation is being brought against the Town of Forestburgh and two town officials by Lost Lakes Holdings LLC (LLH) and Mishconos Mazah LLC (MM).

The lawsuit comes after altercations erupted at last month's board meeting between attorneys for the development and the town regarding an adopted three-month moratorium on building permits and claims of misuse of escrow account funds.

According to papers filed in State Supreme Court on February 28 and served this past Friday afternoon to town officials, the developers of Lost Lake Development are suing the Town of Forestburgh over what they claim is the unlawful use and misappropriation of the Lost Lake escrow account.

The filing also names Town Supervisor Daniel Hogue and Town Planning Board Chair Richard Robbins, both professional and individually, as defendants.

Attorney Javid Afzali of Harris Beach, PLLC, is representing the town in the lawsuit and he said yesterday morning that he was planning to meet with town officials yesterday to form a response.

The response, which was not ready at presstime, will appear in Friday's Democrat.

The plaintiffs in the case are Lost Lake Holdings LLC (LLH) and Mishconos, LLC, (MM), which are owned by Hasidic Jewish investors.

In July 2020, LLH and MM purchased the development, which included the Project Site and all right, title and interest to the Project and its approvals, including the Planned Development District rezoning and the Phase 1 approvals.

Pursuant to the purchase, LLH and MM also became the beneficiaries of the funds held in trust by the town in the Lost Lake Escrow.

According to the suit, the Lost Lake Escrow account was established according to Forestburgh Town Law and was designed to pay for professional consultant fees in connection with the review of the development.

Last month, the town Board adjourned their February Regular Town Board meeting stating they planned on proposing a resolution that would amend the escrow account law in place.

However, the suit further alleges that when the purchase of the project by members of the Hasidic Jewish community became known, Supervisor Hogue and Planning Board Chair Robbins colluded to cause the misappropriation and misuse of the Lost Lake Escrow for multiple unlawful purposes.

The suit claims town officials used that money to hire special counsel – Javid Afzali of the law firm Harris Beach – for legal services regarding the project, although no applications for building permits had yet been filed.

The suit further claims that Mr. Robbins, with Mr. Hogue's consent, recommended that attorney Charles Voss be retained to provide planning and related consulting services to the Planning Board regarding the project. The town board approved all hirings, the suit claims.

How it all began

According to the suit, the Lost Lake Escrow was established in 2008 when the former owner of the Project Site applied for a Planned Development District (PDD) rezoning of the project site for the seven-phase Lost Lake Development.

The Town Board approved the PDD rezoning in 2011 and granted subdivision and site plan approval for Phase 1 of the Project in 2013.

Since the approvals, there have been no more applications to the Town Board or Planning Board for any project-related approvals.

The site, which LHH and MM believed was shovel-ready, required only building permits for home construction to commence.

However, after the second building permit application was filed in the summer of 2021, the plaintiffs allege the consultants (attorneys) work shifted to delaying, obstructing and eventually causing the pretextual denial of that building permit application and subsequent applications.

The suit claims Supervisor Hogue and Planning Board Chair Robbins colluded to misuse the escrow account for two principal unlawful purposes:

to obstruct, delay, and, if possible, prevent the members of the Hasidic Jewish Community from purchasing homes in Lost Lake by delaying, obstructing and preventing issuance of building permits for construction of homes that Rabbi Halberstam, principal of LLH and MM, intended to offer at a reasonable rate to members of the Hasidic Jewish Community; and

**About**

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, ... See more

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**

SULLIVAN COUNTY POST Join group ...

construction of homes that Rabbi Halberstam, principal of LLH and MM, intended to offer at a reasonable rate to members of the Hasidic Jewish Community; and

• to obstruct, interfere with, and deprive LLH and MM of their vested property rights in and to the PDD Zoning and Phase 1 approvals by depriving them the ability to build homes.

The suit seeks to have the town repay funds back to the escrow account that were allegedly unlawfully disbursed and to prevent further expenditures from the account unless those costs are for expenses described in town law.

The suit is also seeking cost and reasonable attorneys' fees associated with the suit and the repeal of the three-month moratorium law passed at the last meeting.

Two letters – one on November 12 and the other on January 21 – from the developers to the town demanding an accounting of the Lost Lake Escrow account and return of funds expended went unanswered.

Supervisor Dan Hogue did not return a call for comment.

Photo
At the public hearing on February 3, many voices made clear their opinions before the Board eventually voted in favor of passing the three-month moratorium.
DEREK KIRK | DEMOCRAT

SCDEMOCRATONLINE.COM
**Forestburgh being sued over Lost Lake development**
FORESTBURGH – Litigation is being brought against the Town of Fo...

4 · 10 Comments

Like · Comment · Share

Top comments

Submit your first comment...

**Crystal Parks**
Well maybe if these people weren't lazy freeloading slobs who think EVERYONE should jump when they want People wouldn't have an issue with them making a home in the area.
If they tried any of their shit down here in the south they would tuck tail and run within the week!
Like Reply Share 3h · 2

**Rut Abe**
Glad they're fighting for their civil rights. Hope a hugh federal lawsuit will follow. The rednecks here think they're above the law
Like Reply Share 4h · 2

**Paul Chanov**
Rut Abe no its the other people who think they are above the law because GOD forbid you don't want them living near you that makes you anti sematic look what happened in Bloomingburg how corrupt they turned out to be
Like Reply Share 3h

**Rut Abe**
Paul Chanov I have no idea about Bloomingburg. There's a few 100 thousand orthodox jewish people living in seasonal homes in Sullivan County. To compare all in the same boat is wrong
Like Reply Share 3h · 2

Write a public reply...

**Rob Von**
Good for the town sticking up for themselves and the town people maybe is certain people didn't practice shady business no one would bother them but after what happened in bloomingburgh town told luxury senior condos were being built only to turn out i... See more
Like Reply Share 8h Edited · 5

**Shaw Stack**
We need to tell the rest of the country wants going on in New York State
Like Reply Share 5h

**June Loperfido**
This was expected and the town will pay, the development will still happen and the town loses way more than they would if they just followed their own rules.
Like Reply Share 2h

**Chris Hummel**
Wow, just look at all the anti- semitic comments. Why can't we all just get along??
Like Reply Share 9m

**Chris Hummel**
We all knew this was coming, no shocker here!
Like Reply Share 7h

**Rut Abe**

About

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, ... See more

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**

further expenditures from the account unless those costs are for expenses described in town law.

The suit is also seeking cost and reasonable attorneys' fees associated with the suit and the repeal of the three-month moratorium law passed at the last meeting.

Two letters – one on November 12 and the other on January 21 – from the developers to the town demanding an accounting of the Lost Lake Escrow account and return of funds expended went unanswered.

Supervisor Dan Hogue did not return a call for comment.

Photo
At the public hearing on February 3, many voices made clear their opinions before the Board eventually voted in favor of passing the three-month moratorium.
DEREK KIRK | DEMOCRAT

SCDEMOCRATONLINE.COM
**Forestburgh being sued over Lost Lake development**
FORESTBURGH – Litigation is being brought against the Town of Fo...

4 · 10 Comments

Like · Comment · Share

Top comments

[redacted] Submit your first comment...

**Crystal Parks**
Well maybe if these people weren't lazy freeloading slobs who think EVERYONE should jump when they want People wouldn't have an issue with them making a home in the area.
If they tried any of their shit down here in the south they would tuck tail and run within the week! 🤣
2
Like · Reply · Share · 3h

**Rut Abe**
Glad they're fighting for their civil rights. Hope a hugh federal lawsuit will follow. The rednecks here think they're above the law
2
Like · Reply · Share · 4h

**Paul Chanov**
**Rut Abe** no its the other people who think they are above the law because GOD forbid you don't want them living near you that makes you anti sematic look what happened in Bloomingburg how corrupt they turned out to be
Like · Reply · Share · 3h

**Rut Abe**
**Paul Chanov** I have no idea about Bloomingburg. There's a few 100 thousand orthodox jewish people living in seasonal homes in Sullivan County. To compare all in the same boat is wrong
2
Like · Reply · Share · 3h

[redacted] Write a public reply...

**Rob Von**
Good for the town sticking up for themselves and the town people maybe is certain people didn't practice shady business no one would bother them but after what happened in bloomingburgh town told luxury senior condos were being built only to turn out i... See more
5
Like · Reply · Share · 8h · Edited

**Shaw Stack**
We need to tell the rest of the country wants going on in New York State
Like · Reply · Share · 5h

**June Loperfido**
This was expected and the town will pay, the development will still happen and the town loses way more than they would if they just followed their own rules.
Like · Reply · Share · 2h

**Chris Hummel**
Wow, just look at all the anti- semitic comments. Why can't we all just get along??
Like · Reply · Share · 9m

**Chris Hummel**
We all knew this was coming, no shocker here!
Like · Reply · Share · 7h

**Rut Abe**
**Chris Hummel** Much more is probably coming. This is just the beginning probably
Like · Reply · Share · 4h

Write a comment...

**About**

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, ... See more

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**






