# Exhibit P

🔒 PageVault

| | |
|---|---|
| Document title: | (20+) SULLIVAN COUNTY POST \| Forestburgh being sued over Lost Lake development \| Facebook |
| Capture URL: | https://www.facebook.com/groups/SullivanCountyPost/permalink/3737624606362054/?sfnsn=mo&ref=share |
| Page loaded at (UTC): | Tue, 22 Mar 2022 20:17:56 GMT |
| Capture timestamp (UTC): | Tue, 22 Mar 2022 20:21:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.205.76.127 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | d6bd04e2-574c-4f0a-9a3e-468b52c2ffb5 |
| User: | ▮ |

PDF REFERENCE #:    kJEXpWn1EoiFK1e6d6v4FH







Search Facebook

[redacted]

# SULLIVAN COUNTY POST

Public group · 21.8K members

Join group

About Discussion Topics People Events Media Files

**BettyJane Stevens** shared a link.
March 15 at 12:01 PM ·

Forestburgh being sued over Lost Lake development

By Fred Stabbert III

FORESTBURGH – Litigation is being brought against the Town of Forestburgh and two town officials by Lost Lakes Holdings LLC (LLH) and Mishconos Mazah LLC (MM).

The lawsuit comes after altercations erupted at last month's board meeting between attorneys for the development and the town regarding an adopted three-month moratorium on building permits and claims of misuse of escrow account funds.

According to papers filed in State Supreme Court on February 28 and served this past Friday afternoon to town officials, the developers of Lost Lake Development are suing the Town of Forestburgh over what they claim is the unlawful use and misappropriation of the Lost Lake escrow account.

The filing also names Town Supervisor Daniel Hogue and Town Planning Board Chair Richard Robbins, both professional and individually, as defendants.

Attorney Javid Afzali of Harris Beach, PLLC, is representing the town in the lawsuit and he said yesterday morning that he was planning to meet with town officials yesterday to form a response.

The response, which was not ready at presstime, will appear in Friday's Democrat.

The plaintiffs in the case are Lost Lake Holdings LLC (LLH) and Mishconos, LLC, (MM), which are owned by Hasidic Jewish investors.

In July 2020, LLH and MM purchased the development, which included the Project Site and all right, title and interest to the Project and its approvals, including the Planned Development District rezoning and the Phase 1 approvals.

Pursuant to the purchase, LLH and MM also became the beneficiaries of the funds held in trust by the town in the Lost Lake Escrow.

According to the suit, the Lost Lake Escrow account was established according to Forestburgh Town Law and was designed to pay for professional consultant fees in connection with the review of the development.

Last month, the town Board adjourned their February Regular Town Board meeting stating they planned on proposing a resolution that would amend the escrow account law in place.

However, the suit further alleges that when the purchase of the project by members of the Hasidic Jewish community became known, Supervisor Hogue and Planning Board Chair Robbins colluded to cause the misappropriation and misuse of the Lost Lake Escrow for multiple unlawful purposes.

The suit claims town officials used that money to hire special counsel – Javid Afzali of the law firm Harris Beach – for legal services regarding the project, although no applications for building permits had yet been filed.

The suit further claims that Mr. Robbins, with Mr. Hogue's consent, recommended that attorney Charles Voss be retained to provide planning and related consulting services to the Planning Board regarding the project. The town board approved all hirings, the suit claims.

How it all began

According to the suit, the Lost Lake Escrow was established in 2008 when the former owner of the Project Site applied for a Planned Development District (PDD) rezoning of the project site for the seven-phase Lost Lake Development.

The Town Board approved the PDD rezoning in 2011 and granted subdivision and site plan approval for Phase 1 of the Project in 2013.

Since the approvals, there have been no more applications to the Town Board or Planning Board for any project-related approvals.

The site, which LHH and MM believed was shovel-ready, required only building permits for home construction to commence.

However, after the second building permit application was filed in the summer of 2021, the plaintiffs allege the consultants (attorneys) work shifted to delaying, obstructing and eventually causing the pretextual denial of that building permit application and subsequent applications.

The suit claims Supervisor Hogue and Planning Board Chair Robbins colluded to misuse the escrow account for two principal unlawful purposes:

to obstruct, delay, and, if possible, prevent the members of the Hasidic Jewish Community from purchasing homes in Lost Lake by delaying, obstructing and preventing issuance of building permits for construction of homes that Rabbi Halberstam, principal of LLH and MM, intended to offer at a reasonable rate to members of the Hasidic Jewish Community; and

## About

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, Entertainment, and Anything Else On Your Mind relating to the New York State Catskill Mountains. Please Feel Free To Post and Add Members to the group. See less

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**

Document title: (20+) SULLIVAN COUNTY POST | Forestburgh being sued over Lost Lake development | Facebook
Capture URL: https://www.facebook.com/groups/SullivanCountyPost/permalink/3737624606362054/?sfnsn=mo&amp;ref=share
Capture timestamp (UTC): Tue, 22 Mar 2022 20:21:20 GMT
Estimated post date: 03/15/2022 12:01:00 PM

Search Facebook

SULLIVAN COUNTY POST

Join group

can help you - not a bunch of wanna be lawyers, real estate experts and non-zoning & planning nerds.
This area needs green zones, land conservation, open space delegations and preservation of forestry & nature reserves.

Like Reply Share 6d 2

Rob Von
Good for the town sticking up for themselves and the town people maybe is certain people didn't practice shady business no one would bother them but after what happened in bloomingburgh town told luxury senior condos were being built only to turn out it was a mini palm tree or maybe like in Monroe where the town granted certain groups permission to replace a 6 inch water pipe to a 8 or 10 inch one to feed there growing town. They went ahead and put a 16 inch pipe in shady people shady building practice

Like Reply Share 1w Edited 7

Rut Abe
Glad they're fighting for their civil rights. Hope a hugh federal lawsuit will follow. The rednecks here think they're above the law

Like Reply Share 1w 2

Paul Chanov
**Rut Abe** no its the other people who think they are above the law because GOD forbid you don't want them living near you that makes you anti sematic look what happened in Bloomingburg how corrupt they turned out to be

Like Reply Share 1w

Rut Abe
**Paul Chanov** I have no idea about Bloomingburg. There's a few 100 thousand orthodox jewish people living in seasonal homes in Sullivan County. To compare all in the same boat is wrong

Like Reply Share 1w 3

Daniel W Dennison
**Rut Abe** build a house right next to my pig farm you can help me feed them

Like Reply Share 4d

Jason Spiritwolf
**Rut Abe** they are all in the same boat. They are the same cult, controlled by the same people. Mr. Rutberg here drinks too much shmutz

Like Reply Share 4d

Jackie Gold Grossman
Who don't you want living near you?

Like Reply Share 4d Edited

Don Weigand
Anything new in Sullivan County,1 day in the near future there will be 1 tax payer left,what a tax bill that poor soul will be handed!

Like Reply Share 6d

Rut Abe
**Don Weigand** Really? Suggestion. Move before its too late

Like Reply Share 6d

Don Weigand
**Rut Abe** Hope the bill is handed right to YOU,then you will understand what is going on,you can't be that stupid or are you?

Like Reply Share 6d

Jackie Gold Grossman
Read the budget.

Like Reply Share 4d

Chris Hummel
Wow, just look at all the anti- semitic comments. Why can't we all just get along??

Like Reply Share 6d 2

BettyJane Stevens Author
Wow, some of these comments are terrible !
Aren't some of you embarrassed by what you write ?

Like Reply Share 6d 5

Chris Hummel
**BettyJane Stevens** exactly, definitely anti semitic

Like Reply Share 6d

BettyJane Stevens Author
I treat everyone with respect regardless if you like me or not.

Like Reply Share 6d

Jackie Gold Grossman
But as moderator of this post you consistently allow hate speech. Why do you allow it?

Like Reply Share 5d

BettyJane Stevens Author
I don't " allow" hate speech. I do "allow" people to comment as to see your fellow neighbors and how they " really" feel. If you don't like that I'm sorry. That's all I'm going to say.

Like Reply Share 5d

Jackie Gold Grossman
Why don't you state the facts about how much real estate taxes summer resident pay? How much they support the Sullivan county budget. How they support the schools. Posters here really believe we

About

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, Entertainment, and Anything Else On Your Mind relating to the New York State Catskill Mountains. Please Feel Free To Post and Add Members to the group. **See less**

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**

Document title: (20+) SULLIVAN COUNTY POST | Forestburgh being sued over Lost Lake development | Facebook
Capture URL: https://www.facebook.com/groups/SullivanCountyPost/permalink/3737624606362054/?sfnsn=mo&ref=share
Capture timestamp (UTC): Tue, 22 Mar 2022 20:21:20 GMT
Estimated post date: 03/15/2022 12:01:00 PM

Search Facebook [redacted]

SULLIVAN COUNTY POST

Join group

allow hate speech. Why do you allow it?

Like Reply Share 5d

**BettyJane Stevens** Author
I don't " allow" hate speech. I do "allow" people to comment as to see your fellow neighbors and how they " really" feel. If you don't like that I'm sorry. That's all I'm going to say.

Like Reply Share 5d

**Jackie Gold Grossman**
Why don't you state the facts about how much real estate taxes summer resident pay? How much they support the Sullivan county budget. How they support the schools. Posters here really believe we don't pay taxes. And they openly say they don't want us here. Because we are Jewish. You think that ok?

Like Reply Share 4d

**BettyJane Stevens** Author
Why are you never on any other posts on this page ? The minute I say something you are right there. Do you have a crush on me ? It's ok I won't tell anyone 😉

Like Reply Share 4d Edited

**Jackie Gold Grossman**
Ever notice that posts concerning Jews on this page have more comments than most other subject matters?

Like Reply Share 4d Edited

Write a public reply...

**Chris Hummel**
We all knew this was coming, no shocker here!

Like Reply Share 1w 3

**Rut Abe**
**Chris Hummel** Much more is probably coming. This is just the beginning probably

Like Reply Share 1w

**Judy Knapp**
**Chris Hummel** yes a lot of homes with no tax on the tax roll. People can fight but on the end they always win.

Like Reply Share 6d

**Rut Abe**
**Judy Knapp**

MSNBC
THESE ARE MYTHS

Like Reply Share 6d

**Daniel W Dennison**
**Rut Abe** it's sad they take beautiful Woods and turn them into trash dumps

Like Reply Share 4d

**Jackie Gold Grossman**
We took a trash dump and turned it into luxury homes

Like Reply Share 4d Edited 3

Write a public reply...

**June Loperfido**
This was expected and the town will pay, the development will still happen and the town loses way more than they would if they just followed their own rules.

Like Reply Share 1w 2

**Shaw Stack**
We need to tell the rest of the country wants going on in New York State

Like Reply Share 1w 2

**Rut Abe**
**Shaw Stack** And the justice department 👍

Like Reply Share 6d

**Jackie Gold Grossman**
They are not embarrassed. They are emboldened by fellow haters. Isn't that the reason you allow hate speech

Like Reply Share 4d Edited

**Jackie Gold Grossman**
Tell them what?

Like Reply Share 4d

Write a public reply...

**Jason Spiritwolf**
People only hate them because they are Jewish. No other reason. They are righteous and pious and good.

Like Reply Share 4d

Write a comment...

**About**

Sullivan County New York Post Is An Open Group for Discussion and Conversation, about Sullivan County New York News, Politics, Opinion, Events, Entertainment, and Anything Else On Your Mind relating to the New York State Catskill Mountains. Please Feel Free To Post and Add Members to the group. See less

**Public**
Anyone can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**New York**

**General**

Document title: (20+) SULLIVAN COUNTY POST | Forestburgh being sued over Lost Lake development | Facebook
Capture URL: https://www.facebook.com/groups/SullivanCountyPost/permalink/3737624606362054/?sfnsn=mo&ref=share
Capture timestamp (UTC): Tue, 22 Mar 2022 20:21:20 GMT
Estimated post date: 03/15/2022 12:01:00 PM

