# Exhibit Q

PageVault

| | |
|---|---|
| Document title: | Forestburgh passes three-month... - Sullivan County Democrat \| Facebook |
| Capture URL: | https://m.facebook.com/story.php?story_fbid=5022210844511389&id=171166926282496 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 15:01:20 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 15:01:38 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 44.195.130.18 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c63aaa14-4f33-41a3-b615-9d19d884b2b4 |
| User: | ▮ |

PDF REFERENCE #:    miUPKXpsRfadAJ63pqkGYX

**Sullivan County Democrat**
February 8 at 7:00 PM

Forestburgh passes three-month moratorium
By Derek Kirk
The Forestburgh Town Board passed Local Law #1 of 2022 during their regular meeting on Thursday, which will enact a three-month land use moratorium that directly affects that of the Lost Lake Holdings LLC Development.
During the public hearing on the law, set just prior to the regular meeting, members of the community and prospective workers and residents of the delayed development made their opinions known.
Read more at the link below.
#News #LatestNews #NewsOfTheDay #LocalNewspaper #LocalNews #SullivanCatskills #Catskills #NewYork #SullivanCountyDemocrat



SCDEMOCRATONLINE.COM
**Forestburgh passes three-month moratorium**
FORESTBURGH — The Forestburgh Town Board passed Local Law #1 of 2022 during their regular meeting on Thursday, which will enact a three-month land use moratorium that directly affects ...

👍 Like    💬 Comment    ↗ Share

8
1 Share



**Anna Denise Zugibe**
I'm not an anti semitic but I am anti hasidic because they are just buying off political figures left and right doesn't matter democrat or republican they are buying them off with money that they are getting from the taxpayers of NY through welfare that is being paid to them because they are playing the game this will never stop till they own everything in NY might as well call NY New Hasidim York
1 mo   Like   Reply   More

**Tom Nikolai**
But I want to be sure I understand. You are not anti-semitic. Correct?
1 mo   Like   Reply   More

**Anna Denise Zugibe**
Tom Nikolai no I have no respect for people who steal and cheat that's most of the Hasidic population most Jewish people think they are a cult
1 mo   Like   Reply   More