# Exhibit S

**Page Vault**

| | |
|---|---|
| Document title: | (20+) recordonline.com - Posts \| Facebook |
| Capture URL: | https://www.facebook.com/18997066297/posts/10159057155641298/ |
| Page loaded at (UTC): | Fri, 29 Apr 2022 19:46:30 GMT |
| Capture timestamp (UTC): | Fri, 29 Apr 2022 19:50:27 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.104.200 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 4536b4a9-66ac-4d7e-9133-d300868c9f5a |
| User: | ██████████ |



[redacted]

Search Facebook

## recordonline.com

@recordonline · Newspaper

Learn more

recordonline.com

Home About Photos Videos More

Like Message

**recordonline.com**
April 21 at 12:32 PM ·

A developer is skirmishing with town officials over permits to start building 2,600 homes in Sullivan County it plans to market to Hasidic families.

RECORDONLINE.COM

**Forestburgh officials and developer clash over permits to start 2,600-home project**

A developer is skirmishing with town officials over permits to start building 2,600 homes in Sul...

43 56 Comments 7 Shares

Like Comment Share

All comments

Write a comment...

**Andrea Marino**
We almost built a home in Mt Hope. Sad when some can get around zoning laws. I had to go through hoops in 1983 to build in Skyline - and that was all about the neighbors not wanting too much land that someone could buy and build on- which we totally understood.
Like Reply 1w

**Cary Wanzenberg Mayers**
Infrastructure question: Do they have municipal sewer and water? There are already some new apartment houses along Route 17 that are unaesthetic. And what about the beloved trees?

Like Reply 1w Edited

**Melanie S Free**
Cary Wanzenberg Mayers that will be on the taxpayers dime lol
Like Reply 1w

[redacted]

Search Facebook

recordonline.com

Learn more | Like | Message

Cary Wanzenberg Mayers that will be on the taxpayers dime lol
Like Reply 1w

Ive Juan Moorhead
The shitters full
Like Reply 1w

Reply to Cary Wanzenberg Mayers...

Sue Limato
They straight up say they only market to Hasidic families. How is this fair housing? 12
Like Reply 1w

Wyatt Tual
Sue Limato they can do whatever they want we have seen it over and over .
IMAGINE WHITE ONLY HOUSING
People would flip out 6
Like Reply 1w

Melanie S Free
Sue Limato it's not
Like Reply 1w

Jason Spiritwolf
Sue Limato it's not, but it's a pilpul of sorts. They are not saying they are "only for" or "restricted to" Orthodox Jews, just that they are "marketed towards" them.
Like Reply 1w

Russ Patten
Jason Spiritwolf and when a Christian shows up. Sorry we are sold out. 2
Like Reply 1w

Reply to Sue Limato...

John Charleston
Segregation at its finest and they get away with it 3
Like Reply 1w

Betty Sue
Is there going to be any woods left for the poor WILDLIFE ANIMALS! THEN people have more bears coyotes foxes and more In neighborhoods. There has to be a limit to all that building going on!
Like Reply 1w Edited

Patricia Foster
Enough already stop this cluster housing 3
Like Reply 1w

Brandon Cole
That's what is was supposed to be be in Bloomingburg and look what is happening
Like Reply 1w

John Roche
This is when they use the their vocabulary Descrimination 2
Like Reply 1w

John Lusuriello
You already have the beard working. The hole in the sheet thing could cause some issues though
Like Reply 1w

Wyatt Tual
I'm switching to being an Hasidic . I mean who's got it better , no taxes , welfare , free everything, cheap housing . Great hair cuts . Why would you not switch in NY
Cool hats too 8
Like Reply 1w

Tony Weed
Wyatt Tual why not
Like Reply 1w

Steven Fleckenstein
But if you were a Catholic you stop getting all those saints days off from school.
Like Reply 1w

Betty Sue
Steven Fleckenstein there are more jewish holidays! Sorry Not all catholic holidays are free days off.
Like Reply 1w

Reply to Wyatt Tual...

Jesse Rifflard
It's the same exact story that was presented to Bloomingburg, golf course and luxury homes, ended out with 396 homes only being sold to haisidic 5
Like Reply 1w

Linda AJ Fairweather
Well there goes the neighborhood again. 4
Like Reply 1w

Tim Beadle
Linda AJ Fairweather they'll get their way, they always do 2
Like Reply 1w

Linda AJ Fairweather
Tim Beadle yeah
Like Reply 1w

Reply to Linda AJ Fairweather...

Jeff Williams
They do that every where in New York, completely flaunt the law and there such a dominant voting block everyone is afraid to call them on it.!!! 6
Like Reply 1w

Brandon Cole
Jeff Williams they just pay everyone off
Like Reply 1w

Nancy Krause Moore

Search Facebook [redacted]

recordonline.com Learn more Like Message

Like Reply 1w

**Nancy Krause Moore**
**Jeff Williams** except for Skoufis
Like Reply 1w

Reply to Jeff Williams...

**Harry Serviss**
The laws are set in place nothing a lawsuit can't solve
Like Reply 1w

**Fran Galloway**
**Harry Serviss** They ignore lawsuits and have a team of lawyers to hold the suit up in court. Meanwhile they go ahead with construction as planned.
Like Reply 1w

Reply to Harry Serviss...

**Margie Brown**
Here we go again...
Like Reply 1w

**Errol Northcote**
How about blooming Grove
Like Reply 1w

**Melanie S Free**
2600 homes Lmaoooooo Let's do the math lol 2600x2=5200 x easily 3 kids each=15600 NO WAY can the infrastructure handle that.
2
Like Reply 1w

**Jason Spiritwolf**
Only 3? 😜
3
Like Reply 1w

**Melanie S Free**
**Jason Spiritwolf** I think that's the current population of Forestburgh lol
Like Reply 1w

**Lu Rasmussen**
**Jason Spiritwolf** exactly...i have seen mothers pregnant and their oldest daughter also pregnant...with their 3rd or 4th kid...
Like Reply 1w

Reply to Melanie S Free...

**Tim Mitchell**
You can come right out and say you plan on marketing to only one demographic? Interesting
Like Reply 1w

**John Lusuriello**
Yea imagine"we intend to market to only caucasians". Lol.
Like Reply 1w

**Matt Trust**
**John Lusuriello** know a lot of black Hasidic's do ya?
Like Reply 1w

Reply to Tim Mitchell...

**Melanie S Free**
Bye bye Forestburgh.
Like Reply 1w

**Mortisha Shandalee**
Time to Raise up its Criminal whats goin on! Stop them now!
Like Reply 1w

**Kevin Finnerty**
Can the infrastructure sustain all that new housing? There would be the biggest problem. Time for the engineers to come in and do all that math.
Like Reply 1w

**Cary Wanzenberg Mayers**
**Kevin Finnerty** Yes, tired of sewage dumping in the Delaware. People drink that water in New Jersey!! 👌🇺🇸
Like Reply 1w

**Kevin Finnerty**
**Cary Wanzenberg Mayers** The group is commonly known to not want to clean out septic either.
2
Like Reply 1w

**Kevin Finnerty**
**Cary Wanzenberg Mayers** I would prefer one of the springs down through the old mine road.
Like Reply 1w

**Melanie S Free**
**Kevin Finnerty** I've always said test white lake in the summer compared to the winter. Their septics are ALWAys overflowing, especially w the pop up yeshivas in the summer
Like Reply 1w

Reply to Kevin Finnerty...

**John M. Karl**
Attorney contradicts himself saying they'll sue for housing discrimination against Hasidic families. Hmm what about non Hasidic families not being able to purchase? Federal Fair housing Act of 1968 Title VIII isn't being followed.
3
Like Reply 1w

**Will Ellison**
Say goodbye to forestburgh. First build the homes then takeover the local government.
Like Reply 1w

**TJ Mac**
My father always said that's how it starts
Like Reply 1w

Nick Bradshaw

[redacted]

Search Facebook

recordonline.com

Learn more | Like | Message

Like Reply 1w

Jason Spiritwolf
Only 3? 😂 3
Like Reply 1w

Melanie S Free
**Jason Spiritwolf** I think that's the current population of Forestburgh lol 😂
Like Reply 1w

Lu Rasmussen
**Jason Spiritwolf** exactly...i have seen mothers pregnant and their oldest daughter also pregnant...with their 3rd or 4th kid...
Like Reply 1w

Reply to Melanie S Free...

Tim Mitchell
You can come right out and say you plan on marketing to only one demographic? Interesting
Like Reply 1w

John Lusuriello
Yea imagine"we intend to market to only caucasians". Lol.
Like Reply 1w

Matt Trust
**John Lusuriello** know a lot of black Hasidic's do ya?
Like Reply 1w

[redacted] Reply to Tim Mitchell...

Melanie S Free
Bye bye Forestburgh.
Like Reply 1w

Mortisha Shandalee
Time to Raise up its Criminal whats goin on! Stop them now!
Like Reply 1w

Kevin Finnerty
Can the infrastructure sustain all that new housing? There would be the biggest problem. Time for the engineers to come in and do all that math.
Like Reply 1w

Cary Wanzenberg Mayers
**Kevin Finnerty** Yes, tired of sewage dumping in the Delaware. People drink that water in New Jersey!! 👌🇺🇸
Like Reply 1w

Kevin Finnerty
**Cary Wanzenberg Mayers** The group is commonly known to not want to clean out septic either.
Like Reply 1w 2

Kevin Finnerty
**Cary Wanzenberg Mayers** I would prefer one of the springs down through the old mine road.
Like Reply 1w

Melanie S Free
**Kevin Finnerty** I've always said test white lake in the summer compared to the winter. Their septics are ALWAys overflowing, especially w the pop up yeshivas in the summer
Like Reply 1w

[redacted] eply to Kevin Finnerty...

John M. Karl
Attorney contradicts himself saying they'll sue for housing discrimination against Hasidic families. Hmm what about non Hasidic families not being able to purchase? Federal Fair housing Act of 1968 Title VIII isn't being followed.
Like Reply 1w 3

Will Ellison
Say goodbye to forestburgh. First build the homes then takeover the local government.
Like Reply 1w

TJ Mac
My father always said that's how it starts
Like Reply 1w

Nick Bradshaw
**TJ Mac** 2600 homes is more than starting...
Like Reply 1w

TJ Mac
**Nick Bradshaw** da dews da dews
Like Reply 1w

Nick Bradshaw
**TJ Mac** Lost Lake is a fitting name
Like Reply 1w

[redacted] Reply to TJ Mac...

Michael Duchnycz
It's against their religion to work therefore all are on welfare.😂
Like Reply 6d

Mustafa Yang
+=H8
Like Reply 1w

Mel Lo
Only Hasidic families? That's racist!
Like Reply 1w

Donn Schiller
And they are hated world wide for what reasons ?
Like Reply 1w

Write a comment...







