# Exhibit A

**Text message:**

Issac. My name is Richard Robbins. I am Forestburgh's Planning Board Chairman. I understand that you had some question relative to building at Lost Lake and what is required. I assume you saw Glen Gabbard's email to Zalman of June 26 where he provided the 2/28/12 conditional approval resolution and the enumerated conditions set forth in its attached and referenced 2/24/12 letter from CT Male. If you provide me with your email, I'll send them to you directly.

**Email**

**From:** Richard Robbins <rarattny@gmail.com>
**Sent:** Wednesday, July 14, 2021 1:10 PM
**To:** Isaac Rosenberger <isaac@roseimprovement.com>
**Subject:** Fwd: Permits

Issac;

Here is the conditional approval and its attachment setting forth the details of the conditions and required permits/approvals which you requested.

Regards,

Richard Robbins

Begin forwarded message:

**From:** Glenn Gabbard <forestburghcodes@gmail.com>

**Subject: Permits**

**Date:** June 26, 2021 at 5:12:40 PM EDT

---------- Forwarded message ---------
From: **Glenn Gabbard** <forestburghcodes@gmail.com>
Date: Fri, Jun 25, 2021, 12:55 PM
Subject: Building permit applications
To: <zaly7095242@gmail.com>

Zalman,

It has been brought to my attention that additional permits from other regulatory agencies are required to be in place prior to issuance of any construction permits for the Lost Lake development. These were, and are conditions of the resolution granting phase one approval of said development, specifically, the infrastructure design approvals and issuance of permits from the State, County and Municipal agencies governing such approval.

When the owners have such permits in place, kindly contact this office for confirmation of receipt of required permits/approvals. No Construction permits can be issued until the required conditions are met.

Regards,

Glenn A. Gabbard

Forestburgh Code Enforcement Officer/ Building Inspector

(845) 794-0611 ext.-24

Fax (845) 794-0678