**Dan Hogue Superviser Of Forestbourgh**    •••

discuss infrastructure
schedule
09/19/21
Would Oct. 4 work for you ?

Today 08:57 AM

Good morning Superviser
Hope all is well
Please let me know what time
Monday would work for you to
meet as we discussed together
with code enforcement Glenn
please let me know
All the best

Today 09:01 AM

Good morning Isaac. I will not
be available Monday, I have to
take my wife to the airport and
will be out of town. I will look at
my schedule when I get back in
town. I am currently in
Saratoga at a conference
through Sunday.

Oh I see let me know your next
availability
Would appreciate the sooner
the better as we would like to
lay out our schedule
Delivered    Thanks

 Type a message...  

with code enforcement Glenn
please let me know
All the best

09/30/21

Good morning Isaac. I will not be available Monday, I have to take my wife to the airport and will be out of town. I will look at my schedule when I get back in town. I am currently in Saratoga at a conference through Sunday.

Oh I see let me know your next availability
Would appreciate the sooner the better as we would like to lay out our schedule
Thanks

10/04/21

Good morning
Please let me know when meeting works with your schedule
Thanks

10/05/21

Good morning
Following up

Delivered

Type a message...

**Dan Hogue Superviser Of Forestbourgh**

Thursday

Good morning Dan i tried calling you please when you have a min and you can call me i would appriciate it thanks
10:54 AM

aac, sorry I missed your
 am currently upstate in
dirondacks on a much
ed vacation, and I have
limited cell service. I will
ack after the weekend and
all you on Monday if that
03:20 PM

Thanks Monday is fine
04:35 PM

Today 09:00 AM

Good morning
Please when you have a chance send me the contact name and number I should talk to regarding our conversation
Thanks
09:00 AM

e him your contact info
ne will call you as soon as
ets a moment
09:21 AM

Thanks
09:21 AM

Delivered

Type a message...