IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOST LAKE HOLDINGS LLC et al.<br><br>Plaintiffs,<br><br>vs<br><br>TOWN OF FORESTBURGH, et al.<br><br>Defendants. | Civ. Action No. 7:22-cv-10656 |

### DECLARATION OF EFRAIM WAGSCHAL

Efraim Wagschal declares as follows, pursuant to 28 U.S.C. § 1746:

1. I attended meetings of the Town of Forestburgh Zoning Board of Appeals as a videographer on behalf of Rabbi Halberstam of Lost Lake Holdings LLC, and I make this declaration in that capacity.

2. I have personal knowledge of the facts set forth herein.

3. I am over the age of eighteen (18) and competent to testify in a Court of law.

4. I respectfully submit this Declaration in support of the Plaintiffs' Motion for Preliminary Injunction being filed contemporaneously with the same.

5. I have performed videography tasks as assigned to me by Lost Lake Holdings LLC ("LLH") since May 2022.

6. Beginning in May 2022, I was tasked by LLH to video and audio record the meetings of the Town of Forestburgh Zoning Board of Appeals.



7. In my capacity as a videographer, I attended in person the July 19, 2022 meeting of the Town of Forestburgh Zoning Board of Appeals and recorded video and audio of the proceedings.

8. Attached hereto as **Exhibit A** is a true and correct copy of that July 19, 2022 recording.

9. In my capacity as a videographer, I attended in person the November 15, 2022 meeting of the Town of Forestburgh Zoning Board of Appeals and recorded video and audio of the proceedings.

10. Attached hereto as **Exhibit B** is a true and correct copy of that November 15, 2022 recording.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2023

_EFRAIM [signature]_
Efraim Wagschal