# Exhibit A

Will be provided to the court via CD.