# Exhibit B

Will be provided to the court via CD.