# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

WWW.STORZERLAW.COM
INFO@STORZERLAW.COM

| | |
|---|---|
| 1025 CONNECTICUT AVENUE, NORTHWEST<br>SUITE ONE THOUSAND<br>WASHINGTON, D.C. 20036<br>(202) 857-9766<br>FACSIMILE: (202) 315-3996 | BALTIMORE OFFICE<br>9433 COMMON BROOK ROAD<br>SUITE 208<br>OWINGS MILLS, MD 21117<br>(410) 559-6325 |

July 24, 2023

**VIA ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, N.Y. 10601

    Re:  Request for Oral Argument for Motion for Preliminary Injunction filed June 1, 2023 (ECF No. 82), *Lost Lake Holdings LLC, et al. v. Town of Forestburgh, et al.,* No. 7:22-cv-10656-VB

Your Honor:

    The undersigned represents the Plaintiffs in the above-referenced matter. In their Motion for Preliminary Injunction, Plaintiffs requested that the Court hold oral arguments on this motion.

    In accordance with Your Honor's Individual Practices Memorandum, Section 2(F), Plaintiffs submit this request by this letter as well.

                                        Respectfully submitted,

                                        Eric W. Treene

cc:    Counsel of record via ECF

