```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LOST LAKE HOLDINGS, LLC, et al.,
             Plaintiffs,

v.

TOWN OF FORESTBURGH, et al.,
             Defendants.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

22 CV 10656 (VB)

    The Court having So Ordered the parties' Confidentiality Stipulation and Protective Order, dated June 6, 2024, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: June 7, 2024
       White Plains, NY

                                          SO ORDERED:

                                          /s/ Vincent L. Briccetti
                                          Vincent L. Briccetti
                                          United States District Judge