

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

March 24, 2025

**By ECF**
Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *Lost Lake Holdings, LLC, et al. v. Town of Forestburgh, et al.*
         Index No. 7:22-cv-10656 (VB)
         File No. 240648

Your Honor:

We represent the Defendants. On Friday, March 21, 2025, we timely filed Defendants' Reply Memorandum of Law in Further Support of Their Partial Motion to Dismiss (ECF 182). The brief inadvertently left out on in the final edit a sentence on Page 9 addressing the applicability of the *Williamson* ripeness requirement to Plaintiffs' Fair Housing Act claims. This morning, we filed a corrected brief (ECF 183). With apologies for any confusion, we respectfully ask that the Court accept this corrected brief and disregard the one filed on Friday.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

LEO DORFMAN

cc:  All counsel by ECF