USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LOST LAKE HOLDINGS LLC, et al., :
          Plaintiffs, :
v. : **ORDER**
:
THE TOWN OF FORESTBURGH, et al., : 22 CV 10656 (VB)
          Defendants. :
--------------------------------------------------------------x

    As discussed at a conference held today, at which counsel for all parties appeared, it is HEREBY ORDERED:

    1.    By August 13, 2025, plaintiffs shall file either a stipulation of dismissal with prejudice as to the remaining claims in the amended complaint, or a motion for certification pursuant to 28 U.S.C. § 1292(b), or a motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b). If plaintiffs file a motion under Section 1292(b) or Rule 54(b), defendants shall file their response by September 10, 2025, and plaintiffs shall file their reply by September 17, 2025.

    2.    Discovery will continue to be stayed pending further order of the Court.

    3.    The parties are directed to continue discussing settlement in good faith. By August 13, 2025, plaintiffs' counsel shall file a letter on behalf of all parties updating the Court as to the status of settlement discussions.

Dated: July 16, 2025
       White Plains, NY

                                 SO ORDERED:

                                 _/s/ Vincent L. Briccetti_
                                 Vincent L. Briccetti
                                 United States District Judge