USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

LOST LAKE HOLDINGS, LLC, et al.,
                              Plaintiffs,

v.

THE TOWN OF FORESTBURGH, et al.,
                              Defendants.

--------------------------------------------------------------x

**ORDER**

22 CV 10656 (VB)

The Court having dismissed Counts I-X, XII-XVI, and XIX-XXII of the Amended Complaint in an Opinion & Order (Doc. #186), and the parties having filed a stipulation and order of voluntary dismissal as to Counts XI, XVII, and XVIII of the Amended Complaint (Doc. #191), the Clerk is instructed to enter Judgment closing this case.

Dated: August 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge