**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOST LAKE HOLDINGS, LLC, et al.,

                      Plaintiffs,

    -against-                             22 **CIVIL** 10656 (VB)

                                                      **JUDGMENT**

THE TOWN OF FORESTBURGH, et al.,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 22, 2025, the Court having dismissed Counts I-X, XII-XVI, and XIX-XXII of the Amended Complaint in an Opinion & Order (Doc. # 186), and the parties having filed a stipulation and order of voluntary dismissal as to Counts XI, XVII, and XVIII of the Amended Complaint (Doc. # 191); accordingly the case is closed.

**Dated:**  New York, New York

      August 22, 2025

                                                **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                        **BY:**

                                                   **Deputy Clerk**